**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03856 |
| JS II, L.L.C., *et al.,* | ) | (Jointly Administered) |
| | ) | Hon. Jacqueline P. Cox |
| Debtors. | ) | Hearing Date:   March 14, 2007 |
| | | Hearing Time:   10:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **March 14, 2007 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox in Courtroom 619** of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Motion To Settle Interim Financing Order**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

                                                                Steven B. Towbin (#2848546)
                                                                Matthew A. Swanson (#6273133)
                                                                Shaw Gussis Fishman Glantz
                                                                  Wolfson & Towbin LLC
                                                                321 North Clark Street, Suite 800
                                                                Chicago, Illinois 60610
                                                                (312) 541-0151

## CERTIFICATE OF SERVICE

Steven B. Towbin certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Service List via email transmission on this 12th day of March 2007.

                                                                /s/ Steven B. Towbin

{5618 MOT A0163282.DOC}

## JS II, L.L.C. – Case No. 07-03856

## SERVICE LIST

### *Bankruptcy Counsel for the Debtors*

Steven B. Towbin
Matthew A. Swanson
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Fax:   (312) 275-0569
Fax:   (312) 275-0588
stowbin@shawgussis.com
mswanson@shawgussis.com

### *Counsel for the U.S. Trustee*

Richard Craig Friedman
Office of the U.S. Trustee
227 West Monroe Street, Suite 3350
Chicago, IL 60606
Fax:   (312) 886-5794
richard.c.friedman@usdoj.gov

### *Counsel for American Chartered Bank*

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, Suite 4300
Chicago, IL 60602
Fax:   (312) 541-8603
mmurray@bbp-chicago.com

### *Financial Advisors to the Debtors*

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL 60603
Fax:   (312) 456-5630
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

### *Special Counsel to the Debtors*

Michael I. Rothstein
Henry H. Hess
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
Fax:   (312) 762-9451
mrothstein@tdrlawfirm.com
hhess@tdrlawfirm.com

### *Counsel for FCL*

Robert A. Eiden
Barry Erlich
Richmond Breslin LLP
233 South Wacker Drive, Suite 5775
Chicago, IL 60606
Fax:   (312) 258-0977
reiden@RB-LLP.com
berlich@RB-LLP.com

### *Counsel for Moore*

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, IL 60606
Fax:   (312) 946-9818
mjc@hmltd.com

### *Counsel for Thomas Snitzer and the Snitzer Family LLC*

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Fax:   (312) 263-3270
efeldman@millershakman.com
mbeem@millershakman.com

{5618 MOT A0163282.DOC}

*Counsel for Levenfeld Perlstein*

Richard Lauter
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL  60602
Fax:    (312) 346-8434
rlauter@lplegal.com

*Counsel for Edon*

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington Street, Suite 2100
Chicago, IL  60602
Fax:    (312) 419-9114
rjones@jonesandjacobs.com

*Counsel for the City of Chicago*

Mark A. Limanni
Esther E. Tryban Telser
City of Chicago Law Department
30 North LaSalle Street, Suite 700
Chicago, IL  60602
Fax:    (312) 744-1054
Fax:    (312) 744-6798
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

*Special Transactional Counsel*

John J. Vondran
150 North Wacker Drive, Suite 1550
Chicago, IL  60606
Fax:    (312) 201-9368
jvondran@comcast.net

Keith W. Harrington
Dranias, Harrington & Wilson
77 West Washington Street, Suite 1020
Chicago, IL  60602-2850
Fax:    (312) 641-1716
kharrington@dhwlawyers.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL  60610
Fax:    (312) 664-0845
rls@fourcolumnsltd.com

{5618 MOT A0163282.DOC}

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03856 |
| JS II, L.L.C., *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. Jacqueline P. Cox |
| Debtors. | ) | Hearing Date:   March 14, 2007 |
| | | Hearing Time:   10:30 a.m. |

## MOTION TO SETTLE INTERIM FINANCING ORDER

The chapter 11 debtors in this case (the "Debtors") move this Court pursuant to 11 U.S.C. §§ 105(a), 364(c) and 364(d) to enter the attached interim financing order (the "Order") that will enable the Debtors to borrow funds from American Chartered Bank (the "Lender") on the terms previously approved by this Court on March 8, 2007. In support of this motion, the Debtors state as follows:

1. These chapter 11 cases were commenced by the Debtors on March 5, 2007.

2. On March 8, 2007, this Court conducted a lengthy hearing on the Debtors' "first day" motions, including the Debtors' motion to enter into a postpetition financing arrangement with the Lender.

3. This Court approved the proposed financing arrangement with the Lender after the Debtors agreed that their borrowing under the interim Order would be limited to funding ordinary business expenses incurred during the interim period until a final hearing could be conducted. The final hearing is now set for April 10, 2007 with written objections due April 3, 2007. In that regard, the proposed budget attached to the motion and Order was modified to exclude all professional fee payments during the interim period.

{5618 MOT A0163282.DOC}

4.     Although counsel for Mr. Snitzer, an equity interest holder in three of the four Debtors, had the proposed Order two days prior to the March 8, 2007 hearing, no objection to any particular provision of the proposed Order was interposed at the hearing.  Accordingly, the proposed financing Order, slightly modified as to paragraph 26, was submitted to chambers on March 9, 2007 along with the revised budget excluding all professional fee payments.  At that time, however, counsel for Mr. Snitzer informed the Court by letter that Mr. Snitzer had certain issues with the proposed Order.

5.     Over the weekend, on March 10 and 11, 2007, counsel for the Debtors and counsel for Mr. Snitzer attempted to come to terms as to the proposed interim financing Order.  Despite the parties' good faith efforts, they were unable to agree on the terms of paragraph 3 of the proposed Order.  All other terms of the proposed Order have been agreed to by Mr. Snitzer.

6.     Attached hereto is a copy of the proposed Order.

7.     Paragraph 2(a) of the proposed Order limits the Debtors' borrowings to $950,000 during the interim period, but paragraph 3 of the proposed Order allows the Lender, in its sole discretion, to advance such additional sums as the Lender may deem necessary to protect and preserve its collateral and still maintain the benefit and protections contained in the Order as to liens and priorities.  This provision was in the original proposed Order served on Snitzer and all other parties on March 6, 2007.  Only Snitzer now objects to this provision.

8.     Paragraph 3 of the proposed Order is for the benefit of the Lender and allows the Lender, if the Lender deems it appropriate, to exceed the $950,000 borrowing limit during the interim period in the event some emergency or unforeseen circumstance arises and the additional funding is required before the final hearing on the financing motion can be had.  While neither the Debtors nor the Lender currently anticipate such an event, the Lender should not be

handcuffed and prevented from protecting its collateral during this period should the need arise. As this Court recognized in *In re Ockerland Construction Co.*, 308 B.R. 325, 329-331 (Bankr. N.D. Ill. 2004), unless there is an order specifically authorizing postpetition lending, a postpetition lender will not be entitled to even a general unsecured claim, let alone an administrative expense claim, for the unauthorized loan. Paragraph 3 merely takes into consideration this Court's *Ockerland* decision and provides the Lender with the protection to which it will be entitled in the event the Lender is required by an emergency or currently unforeseen circumstance to make advances that could exceed the budgeted $950,000 to protect its collateral during the interim period.

9. There is no reason to believe that either the Lender or the Debtors would not act in good faith and exercise reasonable business judgment if the Lender were required to exceed the current $950,000 borrowing limit now in place for the interim period if such a need arises. After all, the $950,000 budget is merely a good faith estimate of the funds needed, not an ironclad guaranty. Moreover, under the Lenders' loan documents the Lender has the right to advance funds to protect and preserve its collateral without an arbitrary limit should the need to do so arise.

10. Debtors' Proposed paragraph 3 is a common provision that `is found in most, if not all, postpetition financing orders and loan documents. It is also a provision that complies with common lending practices outside of bankruptcy cases. There is no legitimate basis to exclude or modify proposed paragraph 3 of the Order as Snitzer now demands.

WHEREFORE, the Debtors request the entry of the proposed Order in its present form, including proposed paragraph 3, and that the Debtors have such other and further relief as may be appropriate.

{5618 MOT A0163282.DOC}    3

        Respectfully submitted,

        JS II, L.L.C., *et al.,*

Dated:  March 12, 2007        By:  /s/ Steven B. Towbin
             One of its attorneys

Steven B. Towbin (#2848546)
Matthew A. Swanson (#6273133)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 275-0569  facsimile