**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **JS II, L.L.C.,** *et al.,* | ) | **Case No. 07-03856** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Hon. Jacqueline P. Cox** |
| | ) | |

**ORDER CONTINUING FINAL HEARING ON DEBTORS' MOTION
FOR AUTHORITY TO BORROW FUNDS UNTIL APRIL 12, 2007**

Upon consideration of the Debtors'[1] motion (the "Motion") requesting the entry of an order continuing the hearing on the Debtors' Financing Motion until April 12, 2007 at 10:30 a.m.; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. This Court's hearing on the Debtors' Financing Motion and the Debtors' Proposed Final Order is hereby rescheduled from April 10, 2007 at 10:30 a.m. to April 12, 2007 at 10:30 a.m.

**ENTER:**

Dated: April __, 2007

_____
**Bankruptcy Judge**

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

{5618 ORD A0165912.DOC}