# EXHIBIT G

TAX I.D. #23-1423089

LAW OFFICES

# DrinkerBiddleGardnerCarton

191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
312-569-1000

JS II, L.L.C., ET AL. CREDITORS' COMMITTEE
C/O EDON CONSTRUCTION CO., INC.
RICHARD C. JONES, JR., ESQ.
JONES & JACOBS
77 WEST WASHINGTON STREET, SUITE 2100
CHICAGO, IL 60602

Invoice Number: 14047072
Invoice Date: 07/13/2007
Client Number: 200252
Matter Number: 402542
Page: 1

**RE: OTHER PROFESSIONALS FEE APPLICATIONS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 30 JUNE 2007

| Date | | | Hours | |
|---|---|---|---|---|
| 06/11/07 | AE WEISSMAN | Review the monthly statement from High Ridge Partners. | 0.30 | 114.00 |
| 06/14/07 | TR CASEY | Review ACB's statement of fees. | 0.10 | 56.00 |
| 06/14/07 | M MELICKIAN | Review fee statement from bank counsel (.2) and email T. Casey regarding issues raised (.1). | 0.30 | 154.50 |
| 06/14/07 | AE WEISSMAN | Review fee statement filed by Debtors' counsel (.4); review fee statement filed by John Vondran (.2). | 0.60 | 228.00 |
| | | CURRENT HOURS / FEES | 1.30 | $552.50 |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| TR CASEY | PARTNER | $560.00 | 0.10 | $56.00 |
| M MELICKIAN | COUNSEL | $515.00 | 0.30 | $154.50 |
| AE WEISSMAN | ASSOCIATE | $380.00 | 0.90 | $342.00 |
| | TOTALS | | 1.30 | $552.50 |

TOTAL THIS INVOICE                                                            $       552.50

Payment for legal services is due within 30 days of invoice date.

LAW OFFICES

# DrinkerBiddleGardnerCarton

191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
312-569-1000

TAX I.D. #23-1423089

JS II, L.L.C., ET AL. CREDITORS' COMMITTEE
C/O EDON CONSTRUCTION CO., INC.
RICHARD C. JONES, JR., ESQ.
JONES & JACOBS
77 WEST WASHINGTON STREET, SUITE 2100
CHICAGO, IL 60602

Invoice Number: 14054917
Invoice Date: 08/09/2007
Client Number: 200252
Matter Number: 402542
Page: 1

**RE: OTHER PROFESSIONALS FEE APPLICATIONS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 31 JULY 2007

| Date | | | Hours | |
|---|---|---|---|---|
| 07/12/07 | TR CASEY | Review Shaw Gussis June fee statement (.10); review Burke Burns fee statement (.10). | 0.20 | 112.00 |
| | | CURRENT HOURS / FEES | 0.20 | $112.00 |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| TR CASEY | PARTNER | $560.00 | 0.20 | $112.00 |
| | TOTALS | | 0.20 | $112.00 |

TOTAL THIS INVOICE                                                                    $        112.00

Payment for legal services is due within 30 days of invoice date.