**LEVENFELD PEARLSTEIN,** LLC

2 N. LaSalle St.
Suite 1300
Chicago, IL  60602

Phone  312.346.8380
Fax    312.346.8434
Fed ID:  36-4271298

October 10, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice Number:  116920

Client/Matter No. 36552-72480

Billing Attorney:  James D. Brusslan

| Our Payment Terms Are Net 10 days | **Payment Due Date** | **10/20/2007** |
|---|---|---|

JS II, LLC

## ENVIRONMENTAL ISSUES

| | |
|---|---|
| Total Fees | $4,387.50 |
| Total Disbursements | $15.00 |
| **TOTAL THIS INVOICE** | **$4,402.50** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 4,402.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **$4,402.50** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 LEVENFELD
PEARLSTEIN, LLC

2 N. LaSalle St.
Suite 1300
Chicago, IL 60602

Phone 312.346.8380
Fax    312.346.8434
Fed ID:   36-4271298

Invoice date October 10, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 116920
Client/Matter No. 36552-72480

For legal services rendered through September 30, 2007
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 9/4/2007 | JDB | Review and analysis of settlement agreement and status of Pitney cleanup. | 0.80 | 375.00 | 300.00 |
| 9/5/2007 | JDB | Review and analysis of Pitney issues. | 1.40 | 375.00 | 525.00 |
| 9/6/2007 | JDB | Analysis of Pitney issues; memorandum to client. | 1.60 | 375.00 | 600.00 |
| 9/10/2007 | JDB | Underlying research on Peoples' Pitney cleanup and settlement agreement. | 1.10 | 375.00 | 412.50 |
| 9/12/2007 | JDB | Discussion with client; research on Peoples' cleanup. | 1.20 | 375.00 | 450.00 |
| 9/14/2007 | JDB | Additional research on Peoples breach of settlement agreement. | 0.80 | 375.00 | 300.00 |
| 9/17/2007 | JDB | Discussion with Illinois EPA regarding Peoples/Pitney. | 0.70 | 375.00 | 262.50 |
| 9/19/2007 | JDB | Review of settlement agreement and Illinois EPA data base. | 0.70 | 375.00 | 262.50 |
| 9/20/2007 | JDB | Letter to Peoples regarding breach of agreement; review of AOC. | 1.40 | 375.00 | 525.00 |
| 9/21/2007 | JDB | Additional review of AOCs for letter to Peoples. | 0.90 | 375.00 | 337.50 |
| 9/25/2007 | JDB | Work on letter to Peoples. | 1.10 | 375.00 | 412.50 |

Total Hours    11.70

Total Fees    $4,387.50

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

LEVENFELD PEARLSTEIN, LLC                                      Page: 2
36552-72480
Invoice No.   116920

| Date | Disbursement | Value |
|------|-------------|-------|
|      | Messenger Delivery Service | 15.00 |
|      | Total Disbursements | $15.00 |

### TIMEKEEPER SUMMARY

| | | | | | |
|-----|----------------|-----------|--------|-------|----------|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 11.70 | 4,387.50 |

|  |  |
|--|--|
| **TOTAL SERVICES RENDERED** | $4,387.50 |
| **TOTAL COSTS INCURRED** | $15.00 |
| **TOTAL THIS BILLING PERIOD** | **$4,402.50** |
| **Previous balance due** | $0.00 |
| **TOTAL NOW DUE** | $4,402.50 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Suite 1300
Chicago, IL 60602

Phone 312.346.8380
Fax 312.346.8434

Invoice as of October 10, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 116920

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

### REMITTANCE PAGE

| | |
|---|---:|
| Total Billed this Billing Period | $4,402.50 |
| Previous Amount due | $0.00 |
| Total Amount Due | $4,402.50 |

Remit to:   LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602

Or:

To Pay By Credit Card - See Below

  

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

---

To ensure proper credit, please return this portion with your payment
Please include Invoice Number on your check

Client/Matter No. 36552-72480

Invoice No. 116920

**PAYMENT DUE DATE:   10/20/2007**

Total Amount Enclosed:   $

CREDIT CARD PAYMENTS ACCEPTED

TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:

 

_____          _____
              **CARD NUMBER**                                    **EXPIRATION DATE**

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X** Signature of Authorization: _____   Date: _____



**LEVENFELD PEARLSTEIN,** LLC

2 N. LaSalle St.
Suite 1300
Chicago, IL 60602

Phone  312.346.8380
Fax     312.346.8434
Fed ID:  36-4271298

November 16, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice Number:    118990

Client/Matter No.  36552-72480

Billing Attorney:  James D. Brusslan

---

**Our Payment Terms Are Net 10 days**                    **Payment Due Date**        **11/26/2007**

---

JS II, LLC

## ENVIRONMENTAL ISSUES

Total Fees                                                                                  $4,350.00

Total Disbursements                                                                         $0.00

**TOTAL THIS INVOICE**                                      **$4,350.00**

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---------|----------|--------|------|------|------|------|---------------------|
| 4,350.00 | 0.00 | 877.50 | 0.00 | 0.00 | 0.00 | 0.00 | **$5,227.50** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

Please be advised that our professional billing rates will increase January 1, 2008.

 LEVENFELD
PEARLSTEIN, LLC

2 N. LaSalle St.
Suite 1300
Chicago, IL  60602

Phone  312.346.8380
Fax      312.346.8434
Fed ID:   36-4271298

Invoice date November 16, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 118990
Client/Matter No. 36552-72480

For legal services rendered through October 31, 2007
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 10/1/2007 | JDB | Communication with client/counsel. | 0.80 | 375.00 | 300.00 |
| 10/3/2007 | JDB | Meeting with Peoples; memorandum to client; prepare for meeting. | 2.10 | 375.00 | 787.50 |
| 10/8/2007 | JDB | Discussion with S. Towbin and analysis of proposal regarding Settlement Agreement. | 0.60 | 375.00 | 225.00 |
| 10/10/2007 | JDB | Call to Peoples to discuss Pitney site; analysis of reuse determination. | 1.10 | 375.00 | 412.50 |
| 10/16/2007 | JDB | Analysis of Settlement Agreement; discussion with client and Peoples regarding buy-out at Pitney. | 1.40 | 375.00 | 525.00 |
| 10/17/2007 | JDB | Additional work on Pitney buy-out settlement proposal. | 1.00 | 375.00 | 375.00 |
| 10/18/2007 | JDB | Final work on settlement proposal. | 1.00 | 375.00 | 375.00 |
| 10/25/2007 | JDB | Discussion with Peoples regarding settlement; analysis of settlement agreement and documents relating to Pitney. | 1.70 | 375.00 | 637.50 |
| 10/31/2007 | JDB | Discussion with Peoples and email to clients regarding Pitney settlement; review of Pitney site plan and information on potential appraisers; additional analysis of Pitney settlement. | 1.90 | 375.00 | 712.50 |

Total Hours    11.60

Total Fees    $4,350.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

LEVENFELD PEARLSTEIN, LLC                                                    Page: 2
36552-72480
Invoice No.   118990

### TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 11.60 | 4,350.00 |

|  |  |
|---|---|
| **TOTAL SERVICES RENDERED** | $4,350.00 |
| **TOTAL COSTS INCURRED** | $0.00 |
| **TOTAL THIS BILLING PERIOD** | **$4,350.00** |
| **Previous balance due** | $877.50 |
| **TOTAL NOW DUE** | $5,227.50 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Suite 1300
Chicago, IL 60602

Phone  312.346.8380
Fax     312.346.8434

Invoice as of November 16, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 118990

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

**REMITTANCE PAGE**

| | |
|---|---:|
| Total Billed this Billing Period | $4,350.00 |
| Previous Amount due | $877.50 |
| Total Amount Due | $5,227.50 |

Remit to:     LEVENFELD PEARLSTEIN, LLC
              2 N. LaSalle St.
              Suite 1300
              Chicago, IL 60602

Or:

              To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

To ensure proper credit, please return this portion with your payment
Please include Invoice Number on your check

Client/Matter No. 36552-72480

**PAYMENT DUE DATE:**    **11/26/2007**

CREDIT CARD PAYMENTS ACCEPTED

Invoice No.  118990

Total Amount Enclosed:   $

**TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:**

_____     _____     _____

_____          _____
CARD NUMBER                                    EXPIRATION DATE

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X**  Signature of Authorization: _____   Date: _____

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
Fax      312.346.8434
Fed ID:  36-4271298

December 4, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice Number:    119186
Client/Matter No.  36552-72480
Billing Attorney:  James D. Brusslan

---

**Our Payment Terms Are Net 10 days** | **Payment Due Date** | **12/14/2007**

JS II, LLC

### ENVIRONMENTAL ISSUES

| | |
|---|---:|
| Total Fees | $1,762.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,762.50** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 1,762.50 | 4,350.00 | 877.50 | 0.00 | 0.00 | 0.00 | 0.00 | **$6,990.00** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

Please be advised that our professional billing rates will increase January 1, 2008.

 LEVENFELD
PEARLSTEIN, LLC

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
Fax      312.346.8434
Fed ID:   36-4271298

Invoice date December 4, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 119186
Client/Matter No. 36552-72480

For legal services rendered through November 30, 2007
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 11/1/2007 | JDB | Work on settlement; discussion with research appraiser. | 1.40 | 375.00 | 525.00 |
| 11/5/2007 | JDB | Discussion with various appraisers for Pitney analysis; review of Pitney maps. | 1.30 | 375.00 | 487.50 |
| 11/8/2007 | JDB | Discussion with potential appraiser; memorandum to client and discussion. | 1.00 | 375.00 | 375.00 |
| 11/15/2007 | JDB | Review of Pitney site plan and discussion regarding appraiser for settlement. | 1.00 | 375.00 | 375.00 |

Total Hours    4.70

Total Fees    $1,762.50

**TIMEKEEPER SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 4.70 | 1,762.50 |

**TOTAL SERVICES RENDERED**    $1,762.50
**TOTAL COSTS INCURRED**    $0.00
**TOTAL THIS BILLING PERIOD**    **$1,762.50**

**Previous balance due**    $5,227.50

**TOTAL NOW DUE**    $6,990.00

Amount held in escrow:        $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
Fax    312.346.8434

Invoice as of December 4, 2007

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 119186

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

### REMITTANCE PAGE

| | |
|---|---|
| Total Billed this Billing Period | $1,762.50 |
| Previous Amount due | $5,227.50 |
| Total Amount Due | $6,990.00 |

Remit to:    LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Or:

To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL  60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

  

---

To ensure proper credit, please return this portion with your payment    Client/Matter No. 36552-72480
Please include Invoice Number on your check

Invoice No. 119186

**PAYMENT DUE DATE:    12/14/2007**    Total Amount Enclosed:    $

CREDIT CARD PAYMENTS ACCEPTED

TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:

  

| CARD NUMBER | EXPIRATION DATE |
|---|---|

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X**  Signature of Authorization:                                    Date:



**LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone   312.346.8380
Fax      312.346.8434
Fed ID:  36-4271298

January 9, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice Number:   121416

Client/Matter No.  36552-72480

Billing Attorney:  James D. Brusslan

| Our Payment Terms Are Net 10 days | Payment Due Date | 1/19/2008 |
| --- | --- | --- |

JS II, LLC

### ENVIRONMENTAL ISSUES

| | |
| --- | --- |
| Total Fees | $2,175.00 |
| Total Disbursements | $35.75 |
| **TOTAL THIS INVOICE** | **$2,210.75** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2,210.75 | 0.00 | 1,222.50 | 0.00 | 877.50 | 0.00 | 0.00 | **$4,310.75** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

Please be advised that our professional billing rates will increase January 1, 2008.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
Fax      312.346.8434
Fed ID:   36-4271298

Invoice date January 9, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 121416
Client/Matter No. 36552-72480

For legal services rendered through December 31, 2007
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 12/6/2007 | JDB | Discussion with appraiser; outline of tasks for appraiser. | 1.10 | 375.00 | 412.50 |
| 12/7/2007 | JDB | Continued compilation of materials for appraiser. | 0.90 | 375.00 | 337.50 |
| 12/18/2007 | JDB | Respond to questions from Vondran regarding environmental issues at various sites; work on appraisal proposal. | 2.70 | 375.00 | 1,012.50 |
| 12/19/2007 | JDB | Final work on scope of appraisal; discussion with Peoples counsel and S. Towbin. | 1.10 | 375.00 | 412.50 |
| | | Total Hours | 5.80 | | |
| | | Total Fees | | | $2,175.00 |

| Date | Disbursement | Value |
|------|-------------|-------|
| | Messenger Delivery Service | 15.00 |
| | Duplicating Charges | 5.75 |
| 12/6/2007 | Offsite duplicating charges. | 7.50 |
| 12/20/2007 | Offsite duplicating charges. | 7.50 |
| | Total Disbursements | $35.75 |

### TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 5.80 | 2,175.00 |

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

LEVENFELD PEARLSTEIN, LLC                                                                Page: 2
36552-72480
Invoice No.    121416

|  |  |
|---|---|
| **TOTAL SERVICES RENDERED** | $2,175.00 |
| **TOTAL COSTS INCURRED** | $35.75 |
| **TOTAL THIS BILLING PERIOD** | **$2,210.75** |
| **Previous balance due** | $2,100.00 |
| **TOTAL NOW DUE** | $4,310.75 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
Fax      312.346.8434

Invoice as of January 9, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 121416

Client/Matter No. 36552-72480

Our Payment Terms Are Net 10 Days

### REMITTANCE PAGE

| | |
|---|---|
| Total Billed this Billing Period | $2,210.75 |
| Previous Amount due | $2,100.00 |
| Total Amount Due | $4,310.75 |

Remit to:    LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Or:

To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

  

---

To ensure proper credit, please return this portion with your payment
Please include Invoice Number on your check

Client/Matter No. 36552-72480

**PAYMENT DUE DATE:    1/19/2008**

CREDIT CARD PAYMENTS ACCEPTED

Invoice No. 121416

Total Amount Enclosed:    $

TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:

   _____

_____          _____
        CARD NUMBER                              EXPIRATION DATE

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X** Signature of Authorization: _____          Date: _____

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
Fax    312.346.8434
Fed ID:  36-4271298

February 7, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice Number:  122391

Client/Matter No.  36552-72480

Billing Attorney:  James D. Brusslan

| Our Payment Terms Are Net 10 days | Payment Due Date | 2/17/2008 |
|---|---|---|

JS II, LLC

## ENVIRONMENTAL ISSUES

| | |
|---|---|
| Total Fees | $5,587.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$5,587.50** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 5,587.50 | 2,210.75 | 0.00 | 1,222.50 | 0.00 | 877.50 | 0.00 | **$9,898.25** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

Please be advised that our professional billing rates will increase January 1, 2008.



**LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
Fax      312.346.8434
Fed ID:  36-4271298

Invoice date February 7, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 122391
Client/Matter No. 36552-72480

For legal services rendered through January 31, 2008
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 12/6/2007 | JDB | Discussion with appraiser; outline of tasks for appraiser. | 1.10 | 375.00 | 412.50 |
| 12/7/2007 | JDB | Continued compilation of materials for appraiser. | 0.90 | 375.00 | 337.50 |
| 12/19/2007 | JDB | Final work on scope of appraisal; discussion with Peoples counsel and S. Towbin. | 1.10 | 375.00 | 412.50 |
| 1/8/2008 | JDB | Went to site with appraiser and responded to appraiser questions. | 2.80 | 375.00 | 1,050.00 |
| 1/9/2008 | JDB | Additional follow-up with consultant regarding appraisal. | 1.70 | 375.00 | 637.50 |
| 1/15/2008 | JDB | Additional follow-up work for appraisal. | 1.10 | 375.00 | 412.50 |
| 1/17/2008 | JDB | Discussion with appraiser regarding draft appraisal; research on PUDs in area and setback requirements. | 2.00 | 375.00 | 750.00 |
| 1/23/2008 | JDB | Review of Option Agreement, status of Pitney cleanup and strategy regarding Peoples settlement; discussion with R. Hudson. | 1.60 | 375.00 | 600.00 |
| 1/24/2008 | JDB | Follow-up discussion with appraisers; memorandum to client. | 1.40 | 375.00 | 525.00 |
| 1/28/2008 | JDB | Discussion with Hudson; analysis of term sheet with Peoples. | 1.20 | 375.00 | 450.00 |
| | | Total Hours | 14.90 | | |
| | | Total Fees | | | $5,587.50 |

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might have been incurred during the period covered by this invoice.

LEVENFELD PEARLSTEIN, LLC                                                            Page: 2
36552-72480
Invoice No.   122391

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00  14.90 | 5,587.50 |

| | |
|---|---|
| **TOTAL SERVICES RENDERED** | $5,587.50 |
| **TOTAL COSTS INCURRED** | $0.00 |
| **TOTAL THIS BILLING PERIOD** | **$5,587.50** |
| **Previous balance due** | $4,310.75 |
| **TOTAL NOW DUE** | $9,898.25 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice. This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone 312.346.8380
Fax      312.346.8434

Invoice as of February 7, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 122391

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

### REMITTANCE PAGE

| | |
|---|---:|
| Total Billed this Billing Period | $5,587.50 |
| Previous Amount due | $4,310.75 |
| Total Amount Due | $9,898.25 |

Remit to:   LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Or:

To Pay By Credit Card - See Below

  

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

---

To ensure proper credit, please return this portion with your payment
Please include Invoice Number on your check

Client/Matter No. 36552-72480

Invoice No. 122391

**PAYMENT DUE DATE:   2/17/2008**
CREDIT CARD PAYMENTS ACCEPTED

Total Amount Enclosed:   $ _____

**TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:**

  

| CARD NUMBER | EXPIRATION DATE |
|---|---|

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and in accordance with the agreement governing the use of such card.

**X** Signature of Authorization: _____   Date: _____

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:  36-4271298

March 6, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice Number:  124148

Client/Matter No. 36552-72480

Billing Attorney:  James D. Brusslan

---

**Our Payment Terms Are Net 10 days** | **Payment Due Date** | **3/16/2008**

JS II, LLC

### ENVIRONMENTAL ISSUES

| | |
|---|---|
| Total Fees | $2,587.50 |
| Total Disbursements | $2.49 |
| **TOTAL THIS INVOICE** | **$2,589.99** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 2,589.99 | 1,117.50 | 435.00 | 0.00 | 1,222.50 | 877.50 | 0.00 | **$6,242.49** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 LEVENFELD
PEARLSTEIN, LLC

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:  36-4271298

Invoice date March 6, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 124148
Client/Matter No. 36552-72480

For legal services rendered through February 29, 2008
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 2/6/2008 | JDB | Discussion with Hudson regarding Peoples' strategy; discussion with Peoples. | 1.70 | 375.00 | 637.50 |
| 2/7/2008 | JDB | Continued work on potential settlement with Peoples relating to option agreement. | 1.30 | 375.00 | 487.50 |
| 2/12/2008 | JDB | Discussion with Peoples and client regarding option; review of option agreement. | 1.10 | 375.00 | 412.50 |
| 2/13/2008 | JDB | Continued discussion with Peoples and client regarding option buy-out. | 0.90 | 375.00 | 337.50 |
| 2/14/2008 | JDB | Discussions with Peoples and client regarding option and scope of potential settlement. | 0.80 | 375.00 | 300.00 |
| 2/15/2008 | JDB | Continued discussions with Peoples attorney regarding potential settlement. | 0.60 | 375.00 | 225.00 |
| 2/20/2008 | JDB | Discussion with Peoples regarding possible settlement; communication with client. | 0.50 | 375.00 | 187.50 |

Total Hours    6.90

Total Fees    $2,587.50

| Date | Disbursement | Value |
|------|-------------|-------|
| 2/1/2008 | LexisNexis Search or Other Document Search Company. | 2.49 |

Total Disbursements    $2.49

### TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 6.90 | 2,587.50 |

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

LEVENFELD PEARLSTEIN, LLC                                              Page: 2
36552-72480
Invoice No.    124148

| | |
|---|---|
| **TOTAL SERVICES RENDERED** | $2,587.50 |
| **TOTAL COSTS INCURRED** | $2.49 |
| **TOTAL THIS BILLING PERIOD** | **$2,589.99** |
| **Previous balance due** | $3,652.50 |
| **TOTAL NOW DUE** | $6,242.49 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone 312.346.8380
E-mail billinginfo@lplegal.com
Fed ID: 36-4271298

Invoice as of March 6, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 124148

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

### REMITTANCE PAGE

| | |
|---|---:|
| Total Billed this Billing Period | $2,589.99 |
| Previous Amount due | $3,652.50 |
| Total Amount Due | $6,242.49 |

Remit to:   LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Or:

To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary: LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

  

---

To ensure proper credit, please return this portion with your payment
Please Include Invoice Number on your check

Client/Matter No. 36552-72480

Invoice No. 124148

**PAYMENT DUE DATE:   3/16/2008**

Total Amount Enclosed:   $

CREDIT CARD PAYMENTS ACCEPTED

TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:

  

CARD NUMBER                    EXPIRATION DATE

The issuer of the card identified on this form is authorized to pay the amount(s) shown above. I agree to pay such amount(s) subject to and in accordance with the agreement governing the use of such card.

**X** Signature of Authorization: _____   Date: _____



**LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone   312.346.8380
E-mail   billinginfo@lplegal.com
Fed ID:   36-4271298

April 14, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice Number:   126967

Client/Matter No. 36552-72480

Billing Attorney:  James D. Brusslan

---

**Our Payment Terms Are Net 10 days** | **Payment Due Date** | **4/24/2008**

JS II, LLC

### ENVIRONMENTAL ISSUES

| | |
|---|---:|
| Total Fees | $637.50 |
| Total Disbursements | $4.50 |
| **TOTAL THIS INVOICE** | **$642.00** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 642.00 | 0.00 | 2,589.99 | 1,117.50 | 435.00 | 1,222.50 | 877.50 | **$6,884.49** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:   36-4271298

Invoice date April 14, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 126967
Client/Matter No. 36552-72480

For legal services rendered through March 31, 2008
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 3/21/2008 | JDB | Discussion with Rock Hudson regarding rights under settlement agreement and real estate contract; review of contract with Picculas. | 1.70 | 375.00 | 637.50 |
| | | Total Hours | 1.70 | | |
| | | Total Fees | | | $637.50 |

| Date | Disbursement | | Value |
|------|--------------|--|-------|
| | Duplicating charges | | 4.50 |
| | Total Disbursements | | $4.50 |

### TIMEKEEPER SUMMARY

| | | | | | |
|--|--|--|--|--|--|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 1.70 | 637.50 |

| | |
|--|--|
| **TOTAL SERVICES RENDERED** | $637.50 |
| **TOTAL COSTS INCURRED** | $4.50 |
| **TOTAL THIS BILLING PERIOD** | **$642.00** |
| Previous balance due | $6,242.49 |
| **TOTAL NOW DUE** | $6,884.49 |

Amount held in escrow:          $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID: 36-4271298

Invoice as of April 14, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 126967

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

**REMITTANCE PAGE**

| | |
|---|---:|
| Total Billed this Billing Period | $642.00 |
| Previous Amount due | $6,242.49 |
| Total Amount Due | $6,884.49 |

Remit to:    LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Or:

To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

  

---

To ensure proper credit, please return this portion with your payment        Client/Matter No. 36552-72480
Please include Invoice Number on your check

Invoice No. 126967

**PAYMENT DUE DATE:    4/24/2008**        Total Amount Enclosed:    $

CREDIT CARD PAYMENTS ACCEPTED

**TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:**

  

_____        _____
CARD NUMBER                              EXPIRATION DATE

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X**  Signature of Authorization: _____        Date: _____



**LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone   312.346.8380
E-mail    billinginfo@lplegal.com
Fed ID:   36-4271298

May 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice Number:   127589

Client/Matter No.  36552-72480

Billing Attorney:  James D. Brusslan

---

| Our Payment Terms Are Net 10 days | **Payment Due Date** | **5/15/2008** |
|---|---|---|

JS II, LLC

### ENVIRONMENTAL ISSUES

| | |
|---|---|
| Total Fees | $1,312.50 |
| Total Disbursements | $41.50 |
| **TOTAL THIS INVOICE** | **$1,354.00** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 1,354.00 | 642.00 | 0.00 | 3,707.49 | 435.00 | 1,222.50 | 877.50 | **$8,238.49** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:   36-4271298

Invoice date May 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 127589
Client/Matter No. 36552-72480

---

For legal services rendered through April 30, 2008
Re:   ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 4/8/2008 | JDB | Discussion with buyers attorney; memorandum to client. | 1.00 | 375.00 | 375.00 |
| 4/9/2008 | JDB | Review of documents; correspondence with buyer. | 0.80 | 375.00 | 300.00 |
| 4/14/2008 | JDB | Review and send documents to purchaser. | 0.90 | 375.00 | 337.50 |
| 4/16/2008 | JDB | Continued discussion regarding documents to purchaser with consultants. | 0.80 | 375.00 | 300.00 |
| | | Total Hours | 3.50 | | |

Total Fees      $1,312.50

| Date | Disbursement | Value |
|------|-------------|-------|
| | Messenger Delivery Service | 40.00 |
| | Duplicating charges | 1.50 |
| | Total Disbursements | $41.50 |

**TIMEKEEPER SUMMARY**

| | | | | | |
|--|--|--|--|--|--|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 3.50 | 1,312.50 |

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might have been incurred during the period covered by this Invoice.

LEVENFELD PEARLSTEIN, LLC                                                      Page: 2
36552-72480
Invoice No.    127589

|  |  |
|---|---|
| TOTAL SERVICES RENDERED | $1,312.50 |
| TOTAL COSTS INCURRED | $41.50 |
| **TOTAL THIS BILLING PERIOD** | **$1,354.00** |
| Previous balance due | $6,884.49 |
| **TOTAL NOW DUE** | $8,238.49 |

Amount held in escrow:        $0.00

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:  36-4271298

Invoice as of May 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 127589

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

**REMITTANCE PAGE**

| | |
|---|---|
| Total Billed this Billing Period | $1,354.00 |
| Previous Amount due | $6,884.49 |
| Total Amount Due | $8,238.49 |

Remit to:    LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Or:

To Pay By Credit Card - See Below

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

  

---

To ensure proper credit, please return this portion with your payment          Client/Matter No. 36552-72480
Please include Invoice Number on your check

Invoice No. 127589

**PAYMENT DUE DATE:    5/15/2008**

CREDIT CARD PAYMENTS ACCEPTED

Total Amount Enclosed:    $

TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:

  

_____          _____
**CARD NUMBER**                                  **EXPIRATION DATE**

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X** Signature of Authorization: _____          Date: _____



**LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone   312.346.8380
E-mail   billinginfo@lplegal.com
Fed ID:   36-4271298

July 8, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice Number:   131396

Client/Matter No.   36552-72480

Billing Attorney:  James D. Brusslan

---

**Our Payment Terms Are Net 10 days** | **Payment Due Date** | **7/18/2008**

---

JS II, LLC

### ENVIRONMENTAL ISSUES

Total Fees | $1,012.50
Total Disbursements | $15.31

**TOTAL THIS INVOICE** | **$1,027.81**

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---------|----------|------|--------|------|----------|----------|---------------------|
| 1,027.81 | 0.00 | 0.00 | 390.00 | 0.00 | 1,635.00 | 2,535.00 | **$5,587.81** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion
of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or
BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 **LEVENFELD PEARLSTEIN,** LLC

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:   36-4271298

Invoice date July 8, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 131396
Client/Matter No. 36552-72480

For legal services rendered through June 30, 2008
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 6/4/2008 | JDB | Discussion with environmental consultant regarding Pitney status; forwarded email to buyer. | 0.60 | 375.00 | 225.00 |
| 6/26/2008 | JDB | Review of settlement agreement and discussions with appraiser; discussions with client and appraiser. | 2.10 | 375.00 | 787.50 |
| | | Total Hours | 2.70 | | |
| | | Total Fees | | | $1,012.50 |

| Date | Disbursement | Value |
|------|-------------|-------|
| 5/1/2008 | LexisNexis Search or Other Document Search Company. | 15.31 |
| | Total Disbursements | $15.31 |

**TIMEKEEPER SUMMARY**

| | | | | | |
|------|------|------|------|------|------|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 2.70 | 1,012.50 |

| | |
|---|---|
| **TOTAL SERVICES RENDERED** | $1,012.50 |
| **TOTAL COSTS INCURRED** | $15.31 |
| **TOTAL THIS BILLING PERIOD** | **$1,027.81** |
| **Previous balance due** | $4,560.00 |
| **TOTAL NOW DUE** | $5,587.81 |

Amount held in escrow:        $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com

Fed ID:  36-4271298

Invoice as of July 8, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 131396

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

### REMITTANCE PAGE

| | |
|---|---|
| Total Billed this Billing Period | $1,027.81 |
| Previous Amount due | $4,560.00 |
| Total Amount Due | $5,587.81 |

Remit to:    LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Or:

To Pay By Credit Card - See Below

  

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL 60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

---

To ensure proper credit, please return this portion with your payment        Client/Matter No. 36552-72480
Please Include Invoice Number on your check

Invoice No.  131396

**PAYMENT DUE DATE:    7/18/2008**        Total Amount Enclosed:    $
CREDIT CARD PAYMENTS ACCEPTED

**TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:**

  

CARD NUMBER                                EXPIRATION DATE

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

X    Signature of Authorization:                                        Date:

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone   312.346.8380
E-mail   billinginfo@lplegal.com
Fed ID:   36-4271298

August 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice Number:   132701

Client/Matter No.   36552-72480

Billing Attorney:   James D. Brusslan

---

**Our Payment Terms Are Net 10 days** | **Payment Due Date** | **8/15/2008**

JS II, LLC

## ENVIRONMENTAL ISSUES

| | |
|---|---|
| Total Fees | $1,950.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,950.00** |

### ACCOUNT RECEIVABLE SUMMARY

| Current | Under 30 | 30 | 60 | 90 | 120 | 180+ | Net Due this Matter |
|---|---|---|---|---|---|---|---|
| 1,950.00 | 1,027.81 | 0.00 | 0.00 | 390.00 | 517.50 | 2,535.00 | **$7,537.81** |

Payments received after the first of the month may not be reflected in the Account Receivable Summary portion of this statement.

For payment inquiries or instructions, please contact the accounting department at (312) 476-7563 or BillingInfo@lplegal.com.

For billing inquiries, please contact the accounting department at (312) 476-7648 or BillingInfo@lplegal.com.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL 60602

Phone  312.346.8380
E-mail  billinginfo@lplegal.com
Fed ID:  36-4271298

Invoice date August 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL 60610

Invoice No. 132701
Client/Matter No. 36552-72480

For legal services rendered through July 31, 2008
Re:    ENVIRONMENTAL ISSUES

| Date | Timekeeper | Description | Hours | Rate | Value |
|------|-----------|-------------|-------|------|-------|
| 7/1/2008 | JDB | Discussion with appraiser and client regarding Pitney Site. | 0.90 | 375.00 | 337.50 |
| 7/8/2008 | JDB | Discussion with counsel regarding Peoples option; review of agreement. | 1.00 | 375.00 | 375.00 |
| 7/10/2008 | JDB | Review of agreement and documents regarding Pitney site; analysis of Peoples status reports; discussion with creditors committee. | 2.30 | 375.00 | 862.50 |
| 7/22/2008 | JDB | Analysis of Pitney settlement agreement; discussion with consultant; email to client. | 1.00 | 375.00 | 375.00 |
| | | Total Hours | 5.20 | | |
| | | Total Fees | | | $1,950.00 |

### TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| JDB | James D. Brusslan | Of Counsel | 375.00 | 5.20 | 1,950.00 |

| | |
|---|---|
| **TOTAL SERVICES RENDERED** | $1,950.00 |
| **TOTAL COSTS INCURRED** | $0.00 |
| **TOTAL THIS BILLING PERIOD** | **$1,950.00** |
| **Previous balance due** | $5,587.81 |
| **TOTAL NOW DUE** | $7,537.81 |

Amount held in escrow:        $0.00

Bills are due and payable 10 days from date of invoice.  This statement does not include expenses not yet received by this office which might
have been incurred during the period covered by this invoice.

 **LEVENFELD PEARLSTEIN, LLC**

2 N. LaSalle St.
Ste 1300
Chicago, IL  60602

Phone  312.346.8380
E-mail   billinginfo@lplegal.com
Fed ID:  36-4271298

Invoice as of August 5, 2008

Steve B. Towbin, Esq., Attorney
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark, Ste. 800
Chicago, IL  60610

Invoice No. 132701

Client/Matter No. 36552-72480

**Our Payment Terms Are Net 10 Days**

**REMITTANCE PAGE**

| | |
|---|---|
| Total Billed this Billing Period | $1,950.00 |
| Previous Amount due | $5,587.81 |
| **Total Amount Due** | **$7,537.81** |

Remit to:      LEVENFELD PEARLSTEIN, LLC
                    2 N. LaSalle St.
                    Ste 1300
                    Chicago, IL  60602

Or:

              To Pay By Credit Card - See Below

  

Or Wire Transfer to:

LaSalle Bank, N.A.
135 S. LaSalle Street
Chicago, IL  60603

Beneficiary:  LEVENFELD PEARLSTEIN. LLC
ABA # 071000505
Account # 5800438300

---

**To ensure proper credit, please return this portion with your payment**
**Please Include Invoice Number on your check**

Client/Matter No. 36552-72480

Invoice No. 132701

**PAYMENT DUE DATE:**    **8/15/2008**

Total Amount Enclosed:    $

**CREDIT CARD PAYMENTS ACCEPTED**

**TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING AND RETURN:**

  

_____        _____
**CARD NUMBER**                                          **EXPIRATION DATE**

The issuer of the card identified on this form is authorized to pay the amount(s) shown above.  I agree to pay such amount(s) subject to and
in accordance with the agreement governing the use of such card.

**X**  Signature of Authorization: _____    Date: _____