UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| J.S. II, L.L.C., et al., | Case No. 07-3856 <br> (Jointly Administered) |
| Debtors. | Hon. Jacqueline P. Cox |
| | Hearing Date: August 5, 2010 <br> Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 5, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Second and Final Fee Application of Mandell Advisory Group, Ltd. as Tax Return Preparer to the Debtors for Allowance of Compensation, Limited Notice Thereof, and Related Relief,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Dated: July 13, 2010

Marylynne Schwartz
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Tel: (312) 980-3836
Fax: (312) 275-0584
email: aguon@shawgussis.com

# CERTIFICATE OF SERVICE

Marylynne K. Schwartz certifies that service of the above and foregoing notice was accomplished through Electronic Notice for Registrants on the following CM/ECF service list, as well as by Email on the following Email service list, on this 13th day of July 2010 upon:

_/s/ Marylynne K. Schwartz_
Marylynne K. Schwartz

**Mailing Information for Case 07-03856**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Charles G Albert    calbert@awm-law.com
- R Scott Alsterda    rsalsterda@uhlaw.com
- Janice A Alwin    janice@oakpointpartners.com
- Terence G Banich    tbanich@shawgussis.com, kdevries@shawgussis.com
- Elizabeth A. Bates    ebates@huckbouma.com, mtolvaysh@huckbouma.com;kryding@huckbouma.com;ccurths@huckbouma.com
- Marc O. Beem    mbeem@millershakman.com, mpadilla@millershakman.com;tlawhead@millershakman.com
- Gary I Blackman    gblackman@lplegal.com
- Timothy W Brink    timothy.brink@dlapiper.com, docketingchicago@dlapiper.com;william.guthrie@dlapiper.com
- William R. Brodzinski    wbrodzinski@mrvlaw.com
- Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
- Patrick A Clisham    patrickclisham@hotmail.com
- David W Cybak    cybakassoc@yahoo.com
- Blanca R Dominguez    bdominguez@bbp-chicago.com, ggurgel@bbp-chicago.com
- Brian M. Dougherty    bmd@gsrnh.com
- Barry A Erlich    berlich@rb-llp.com
- Edward W Feldman    efeldman@millershakman.com, odom@millershakman.com
- Vipin R Gandra    vipingandra@yahoo.com
- Douglas C. Giese    dgiese@howardandhoward.com, dcgiese@msn.com
- Karen R Goodman    kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- Allen J Guon    aguon@shawgussis.com, sdelamora@shawgussis.com
- Christopher J Hales    chales@bbp-chicago.com
- Christopher J Lawhorn    cjlawhorn@bryancave.com
- Colleen M Loftus    cloftus@loftusloftus.com
- Roseanne Loftus    rloftus@loftusloftus.com
- Adrian E Mazar    mazaresq@sbcglobal.net, AdrianMazar@comcast.net

{5618 APPL A0266064.DOC}

- Mary Ann Murray    mmurray@bbp-chicago.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Eric S. Prezant    eric.prezant@bryancave.com
- Peter J Roberts    proberts@shawgussis.com
- Travis Rojakovick    trojakovick@mayerbrown.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Marylynne K Schwartz    mschwartz@shawgussis.com
- George J. Spathis    gspathis@shawgussis.com, bharrington@shawgussis.com
- Timothy Sprague    peraicalaw@aol.com
- Daniel L Stanner    dstanner@tdrlawfirm.com, edocket@tdrlawfirm.com
- Catherine L Steege    csteege@jenner.com, docketing@jenner.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Steven B Towbin    stowbin@shawgussis.com
- Esther E Tryban Telser    etrybantelser@cityofchicago.org
- Jay Verdugo    jverdugo@peraica.com
- Greta G Weathersby    g.weathersby@pecorp.com
- James P. Ziegler    jziegler@spklaw.com

## E-mail Service List

**_Counsel for the U.S. Trustee_**

Richard Craig Friedman
Office of the U.S. Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604
richard.c.friedman@usdoj.gov

**_Counsel for American Chartered Bank_**

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, Suite 4300
Chicago, IL 60602
mmurray@bbp-chicago.com

**_Financial Advisors to the Debtors_**

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL 60603
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

**_Special Counsel to the Debtors_**

Michael I. Rothstein
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
mrothstein@tdrlawfirm.com
dstanner@tdrlawfirm.com

**_Counsel for FCL_**

Robert A. Eiden
Barry Erlich
Richmond Breslin LLP
233 South Wacker Drive, Suite 5775
Chicago, IL 60606
reiden@RB-LLP.com
berlich@RB-LLP.com

**_Counsel for Moore_**

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, IL 60606
mjc@hmltd.com

**_Counsel for Thomas Snitzer and the Snitzer Family LLC_**

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
efeldman@millershakman.com
mbeem@millershakman.com

**_Counsel for the Creditors' Committee_**

Catherine L. Steege
Christine L. Childers
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
csteege@jenner.com
cchilders@jenner.com

**_Counsel for Levenfeld Perlstein_**

James D. Brusslan
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
jbrusslan@lplegal.com

**_Counsel for Edon_**

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington Street, Suite 2100
Chicago, IL 60602
rjones@jonesandjacobs.com

              Document      Page 5 of 11

*Counsel for the City of Chicago*

Mark A. Limanni
Esther Tryban Telser
City of Chicago Law Department
30 North LaSalle Street, Suite 700
Chicago, IL 60602
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

*Special Transactional Counsel*

John J. Vondran
P.O. Box 190
Winnetka, IL 60093
johnjvondran@gmail.com

*Legal and Financial Advisor to*
*John Kinsella and Sid Diamond*

Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
hudson@hackhud.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL 60610
rls@fourcolumnsltd.com

*Counsel for Creditor ACME Refining*

Kenneth J. Ottaviano
Jeffrey A. Chadwick
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
kenneth.ottaviano@kattenlaw.com
jeffrey.chadwick@kattenlaw.com

*Counsel for Builder's Material Source*

Edward C. Eberspacher
O'Hagan Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
teberspacher@ohaganspencer.com

*Counsel for Metz Baking Company*

Christopher J. Lawhorn
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

*Counsel for Jose Ruiz and Sandra Ruiz*

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603
fingram@fingramlaw.com

*Counsel for American Chartered Bancorp.,*
*Inc. d/b/a American Chartered Bank*

Blanca R. Dominguez
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300
Chicago, IL 60602
bdominguez@bbp-chicago.com

*Counsel for Rose Paving Co.*

Timothy W. Brink
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
timothy.brink@dlapiper.com

Sid Diamond
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
sidiamond2@aol.com

John Kinsella
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
bpvkinsella@yahoo.com

**_Counsel for M.F. Construction Contractors Company_**

Brian M. Dougherty
Goldstein, Skrodzki, Russian,
 Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
bmd@gsrnh.com

**_Counsel for South Branch, L.L.C._**

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
kgoodman@shefskylaw.com

**_Counsel for Watertight Exteriors, Inc._**

William R. Brodzinski
Mulherin Rehfeldt & Varchetto
211 South Wheaton Avenue
Wheaton, IL 60187
wbrodzinski@mrvlaw.com

**_Counsel for Homeowners Association_**

David Sugar
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
dsugar@arnstein.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>J.S. II, L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-3856<br>(Jointly Administered)<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date: August 5, 2010<br>Hearing Time: 9:30 a.m. |

**SECOND AND FINAL FEE APPLICATION OF MANDELL ADVISORY GROUP, LTD. AS TAX RETURN PREPARER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION, LIMITED NOTICE THEREOF, AND RELATED RELIEF**

J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C., and KND Investments, LLC (collectively, "Debtors"), on behalf of Mandell Advisory Group, Ltd. ("Mandell"), apply to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for (i) the final allowance of $7,245 in compensation for professional services rendered by Mandell as tax return preparer to the Debtors for the period beginning April 30, 2009 through and including April 6, 2010 ("Application Period"); (ii) final approval of all interim compensation paid prior to Mandell's retention by the Debtors; and (iii) further notice of the hearing on this application ("Application") be waived. In support of this Application, the Debtors state as follows:

## BACKGROUND

1. On March 5, 2007 ("Petition Date"), the Debtors filed related petitions for relief under chapter 11 of the Bankruptcy Code.

{5618 APPL A0266469.DOC}                                7

2. On March 16, 2007, a committee of creditors holding unsecured claims ("Committee") was appointed to serve by the U.S. Trustee pursuant to 11 U.S.C. § 1102.

3. On April 6, 2010, the Court confirmed the Debtors' Second Amended Joint Chapter 11 Plan ("Plan"). Pursuant to the Plan, Rocky W. Hudson was appointed as the Liquidating Trustee ("Liquidating Trustee") and the Plan representative of the Debtors' consolidated estates.

4. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF MANDELL

5. On April 23, 2009 Mandell filed its Application for Authority to Employ Mandell Advisory Group, Ltd. as Their Tax Return Preparer and for Approval of Compensation Arrangement Related Thereto (the "Retention Application") (Dkt. No. 945).

6. Mandell's retention as tax return preparer for the Debtors was approved by an order (the "Retention Order") of this Court dated April 30, 2009 (Dkt. No. 947).

## SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES

7. Mandell has served as tax return preparer to the Debtors in connection with, *inter alia*, preparing the Debtors' 2006, 2007, 2008 and 2009 tax returns and coordinating preparation of these tax returns with Debtors' attorneys.

8. All of the services for which compensation is requested were services that, in the billing judgment of Mandell, were necessarily rendered after due consideration of the expected costs and anticipated benefit of such services. Invoices, with detailed descriptions of all services rendered, are attached as Exhibit A to this Application.

9. The hourly rates charged by Mandell compare favorably with the rates charged by other tax return preparers in the Chicago metropolitan area having similar experience and

expertise. Further, the amount of time spent by Mandell is reasonable given the difficulty of the issues presented, the amounts at stake, the sophistication and experience of opposing counsel, and the ultimate benefit to the Debtors' estates.

10. Mandell possesses extensive tax preparing experience and expertise. This experience allows Mandell to provide extremely competent, effective accounting services to the Debtors in an efficient, cost-effective manner.

11. The issues presented by the Debtors in these cases have been legally and factually complex, and the amounts at stake significant. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, the Debtors respectfully submit that the compensation requested by Mandell represents a fair and reasonable amount that should be allowed in full.

## PAYMENTS RECEIVED BY MANDELL TO DATE

12. The Retention Order approved on an interim basis 80% of the $7,830 in fees ($6,264) already paid to Mandell ("the Previously Allowed Fees and Expenses") (Dkt. No. 947).

13. The Retention Application mistakenly noted only $7,830 in fees previously paid to Mandell. The Retention Application inadvertently left out Invoice #309 for $2,900 from October 2007 ("Invoice 309"). Including Invoice 309, Mandell was paid $10,730 in postpetition fees at the time of the Retention Application. The previously paid non-approved fees equal $4,466 (the "Pre-Retention Fees").

14. To date, Mandell has not received any payments towards fees incurred during the Application Period.

15. Since the Petition Date, has received $10,730 in payment from the Debtors.

## COMPLIANCE WITH 11 U.S.C. § 504

16. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Mandell and any other firm, person or entity for the sharing of division of any compensation paid or payable to Mandell.

## NOTICE

17. Notice of this Application has been provided to the Debtors, the U.S. Trustee, and those parties requesting notice in these cases. Notice of the hearing on this application has been provided to all creditors with allowed claims. Based on the extent of notice already provided and the costs and burdens of transmitting notice to all of the Debtors' creditors, the Debtors respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Mandell requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows Mandell $7,245 in final compensation for the Application Period;

(b) Authorizes the Liquidating Trustee to pay Mandell $7,245, reflecting the actual balance due after credit for payments received by Mandell;

(c) Approves on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis;

(d) Approves on a final basis the Pre-Retention Fees;

(e) Waives other and further notice of the hearing with respect to this Application; and

(f) Provides the Debtors with such additional relief as may be appropriate and just under the circumstances.

Dated: July 13, 2010

Respectfully submitted,
Mandell Advisory Group, Ltd.

*Mark Mandell*

By: Mark Mandell
Mandell Advisory Group, Ltd.
141 Revere Drive
Northbrook, Illinois 60062
Tel: (847) 849-5590
Fax: (847) 572-0892
Email: mark@mandelladvisors.com

{5618 APPL A0266469.DOC}    11