UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| J.S. II, L.L.C., et al., | Case No. 07-3856 <br> (Jointly Administered) |
| Debtors. | Hon. Jacqueline P. Cox <br><br> Hearing Date: August 5, 2010 <br> Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 5, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Fifth and Final Fee Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses, Limited Notice Thereof and Related Relief,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Dated: July 13, 2010

Marylynne Schwartz
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Tel: (312) 980-3836
Fax: (312) 275-0584
email: aguon@shawgussis.com

# CERTIFICATE OF SERVICE

Marylynne K. Schwartz certifies that service of the above and foregoing notice was accomplished through Electronic Notice for Registrants on the following CM/ECF service list, as well as by Email on the following Email service list, on this 13th day of July 2010 upon:

/s/ *Marylynne K. Schwartz*
Marylynne K. Schwartz

## Mailing Information for Case 07-03856

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Charles G Albert    calbert@awm-law.com
- R Scott Alsterda    rsalsterda@uhlaw.com
- Janice A Alwin    janice@oakpointpartners.com
- Terence G Banich    tbanich@shawgussis.com, kdevries@shawgussis.com
- Elizabeth A. Bates    ebates@huckbouma.com, mtolvaysh@huckbouma.com;kryding@huckbouma.com;ccurths@huckbouma.com
- Marc O. Beem    mbeem@millershakman.com, mpadilla@millershakman.com;tlawhead@millershakman.com
- Gary I Blackman    gblackman@lplegal.com
- Timothy W Brink    timothy.brink@dlapiper.com, docketingchicago@dlapiper.com;william.guthrie@dlapiper.com
- William R. Brodzinski    wbrodzinski@mrvlaw.com
- Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
- Patrick A Clisham    patrickclisham@hotmail.com
- David W Cybak    cybakassoc@yahoo.com
- Blanca R Dominguez    bdominguez@bbp-chicago.com, ggurgel@bbp-chicago.com
- Brian M. Dougherty    bmd@gsrnh.com
- Barry A Erlich    berlich@rb-llp.com
- Edward W Feldman    efeldman@millershakman.com, odom@millershakman.com
- Vipin R Gandra    vipingandra@yahoo.com
- Douglas C. Giese    dgiese@howardandhoward.com, dcgiese@msn.com
- Karen R Goodman    kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- Allen J Guon    aguon@shawgussis.com, sdelamora@shawgussis.com
- Christopher J Hales    chales@bbp-chicago.com
- Christopher J Lawhorn    cjlawhorn@bryancave.com
- Colleen M Loftus    cloftus@loftusloftus.com
- Roseanne Loftus    rloftus@loftusloftus.com
- Adrian E Mazar    mazaresq@sbcglobal.net, AdrianMazar@comcast.net
- Mary Ann Murray    mmurray@bbp-chicago.com

- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Eric S. Prezant    eric.prezant@bryancave.com
- Peter J Roberts    proberts@shawgussis.com
- Travis Rojakovick    trojakovick@mayerbrown.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Marylynne K Schwartz    mschwartz@shawgussis.com
- George J. Spathis    gspathis@shawgussis.com, bharrington@shawgussis.com
- Timothy Sprague    peraicalaw@aol.com
- Daniel L Stanner    dstanner@tdrlawfirm.com, edocket@tdrlawfirm.com
- Catherine L Steege    csteege@jenner.com, docketing@jenner.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Steven B Towbin    stowbin@shawgussis.com
- Esther E Tryban Telser    etrybantelser@cityofchicago.org
- Jay Verdugo    jverdugo@peraica.com
- Greta G Weathersby    g.weathersby@pecorp.com
- James P. Ziegler    jziegler@spklaw.com

### E-mail Service List

*Counsel for the U.S. Trustee*

Richard Craig Friedman
Office of the U.S. Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604
richard.c.friedman@usdoj.gov

*Counsel for American Chartered Bank*

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, Suite 4300
Chicago, IL 60602
mmurray@bbp-chicago.com

*Financial Advisors to the Debtors*

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL 60603
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

*Special Counsel to the Debtors*

Michael I. Rothstein
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
mrothstein@tdrlawfirm.com
dstanner@tdrlawfirm.com

*Counsel for FCL*

Robert A. Eiden
Barry Erlich
Richmond Breslin LLP
233 South Wacker Drive, Suite 5775
Chicago, IL 60606
reiden@RB-LLP.com
berlich@RB-LLP.com

*Counsel for Moore*

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, IL 60606
mjc@hmltd.com

*Counsel for Thomas Snitzer and the Snitzer Family LLC*

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
efeldman@millershakman.com
mbeem@millershakman.com

*Counsel for the Creditors' Committee*

Catherine L. Steege
Christine L. Childers
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
csteege@jenner.com
cchilders@jenner.com

*Counsel for Levenfeld Perlstein*

James D. Brusslan
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
jbrusslan@lplegal.com

*Counsel for Edon*

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington Street, Suite 2100
Chicago, IL 60602
rjones@jonesandjacobs.com

{5618 APPL A0266064.DOC}                    4

***Counsel for the City of Chicago***

Mark A. Limanni
Esther Tryban Telser
City of Chicago Law Department
30 North LaSalle Street, Suite 700
Chicago, IL 60602
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

***Special Transactional Counsel***

John J. Vondran
P.O. Box 190
Winnetka, IL 60093
johnjvondran@gmail.com

***Legal and Financial Advisor to John Kinsella and Sid Diamond***

Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
hudson@hackhud.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL 60610
rls@fourcolumnsltd.com

***Counsel for Creditor ACME Refining***

Kenneth J. Ottaviano
Jeffrey A. Chadwick
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
kenneth.ottaviano@kattenlaw.com
jeffrey.chadwick@kattenlaw.com

***Counsel for Builder's Material Source***

Edward C. Eberspacher
O'Hagan Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
teberspacher@ohaganspencer.com

***Counsel for Metz Baking Company***

Christopher J. Lawhorn
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

***Counsel for Jose Ruiz and Sandra Ruiz***

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603
fingram@fingramlaw.com

***Counsel for American Chartered Bancorp., Inc. d/b/a American Chartered Bank***

Blanca R. Dominguez
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300
Chicago, IL 60602
bdominguez@bbp-chicago.com

***Counsel for Rose Paving Co.***

Timothy W. Brink
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
timothy.brink@dlapiper.com

Sid Diamond
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
sidiamond2@aol.com

John Kinsella
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
bpvkinsella@yahoo.com

{5618 APPL A0266064.DOC}                5

*__Counsel for M.F. Construction
Contractors Company__*

Brian M. Dougherty
Goldstein, Skrodzki, Russian,
 Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
bmd@gsrnh.com

*__Counsel for South Branch, L.L.C.__*

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
kgoodman@shefskylaw.com

*__Counsel for Watertight Exteriors, Inc.__*

William R. Brodzinski
Mulherin Rehfeldt & Varchetto
211 South Wheaton Avenue
Wheaton, IL 60187
wbrodzinski@mrvlaw.com

*__Counsel for Homeowners Association__*

David Sugar
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
dsugar@arnstein.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>J.S. II, L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-3856<br>(Jointly Administered)<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date: August 5, 2010<br>Hearing Time: 9:30 a.m. |

**FIFTH AND FINAL FEE APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC AS COUNSEL TO THE DEBTORS FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES,
LIMITED NOTICE THEREOF AND RELATED RELIEF**

Steven B. Towbin and the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (collectively, "Shaw Gussis"), as counsel to J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C., and KND Investments, LLC (collectively, "Debtors"), apply to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2015(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for (i) the final allowance of $92,564.93 in compensation for 254.3 hours of professional services rendered for the period beginning November 1, 2009 to April 6, 2010 (the "Application Period"); (ii) the reimbursement of $3,416.96 for actual costs incurred incident to those services; (iii) final approval of interim compensation and expense reimbursement previously applied for and awarded by this Court on an interim basis; and (iv) further notice of the hearing on this application ("Application") be waived. In support of this Application, Shaw Gussis states as follows:

## BACKGROUND

1. On March 5, 2007 ("Petition Date"), the Debtors filed related petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors administered their estates as debtors in possession within the meaning of 11 U.S.C. § 1101(1). As debtors in possession, the Debtors had substantially all of the rights, powers, and duties of a trustee appointed under chapter 11 of the Bankruptcy Code. 11 U.S.C. § 1107(a).

2. On March 16, 2007, a committee of creditors holding unsecured claims ("Committee") was appointed to serve by the U.S. Trustee pursuant to 11 U.S.C. § 1102.

3. On April 6, 2010, the Court confirmed the Debtors' Second Amended Joint Chapter 11 Plan ("Plan"). Pursuant to the Plan, Rocky W. Hudson was appointed as the Liquidating Trustee ("Liquidating Trustee") and the Plan representative of the Debtors' consolidated estate.

4. This Court has core jurisdiction to hear and resolve this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF SHAW GUSSIS

5. Shaw Gussis's retention as counsel for the Debtors was approved by an order of this Court dated March 8, 2007 (Dkt. No. 26).

6. On March 8, 2007 the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated March 8, 2007 ("Compensation Order"), which governs procedures for submitting Monthly Statements by professionals (Dkt. No. 29). Pursuant to the Compensation Order, Shaw Gussis is eligible to receive eighty percent (80%) of its fees and one hundred percent (100%) of its expenses on a monthly basis by submitting to certain parties in interest a monthly statement detailing the fees and expenses incurred ("Monthly Statement").

## SERVICES RENDERED BY SHAW GUSSIS

7. Throughout the Application Period, Shaw Gussis rendered in excess of 254.3 hours of legal and paraprofessional services to the Debtors having an aggregate value of $92,564.93, for an average hourly rate of approximately $364. Shaw Gussis has provided professional services to the Debtors with respect to virtually every aspect of their cases. All of the services for which compensation is requested were services that, in Shaw Gussis's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

8. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Gussis's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Gussis has classified its services into eight separate categories of services. Detailed invoices for each time category are attached as <u>Exhibit A</u> to this Application. The following is a general description of the tasks performed in each of Shaw Gussis's principal categories of activities:

- **Asset Sales**: (Fees: $4,914.00 / Hours: 10.5) Services pertaining to the Debtors' disposition and sale of assets, including, among other things: (a) negotiating, preparing and reviewing the Edon asset purchase agreement and related documents; (b) coordinating the Edon sale with required city approvals; and (c) reviewing and responding to inquiries about the sale of the Debtors' properties and other assets.

- **Case Administration:** (Fees: $2,162.00/ Hours: 6.9) Services pertaining to general case administration, including, among other things: (a) reviewing various professionals' fee applications and attending hearings regarding same; (b) drafting, filing, serving, and presenting various motions, pleadings, and orders not covered by specific categories; (c) reviewing and responding to third-party requests for information or documents related to matters outside of the scope of the Debtors' duties and responsibilities; and (d) maintaining detailed charts and files of all pending matters and case status items.

- **Cash Collateral/DIP Financing:** (Fees: $1,452.50 / Hours: 3.7) Services pertaining to the negotiation of DIP financing and related cash collateral issues, including, among other things: (a) analyzing, negotiating, and reviewing loan documents; (b) telephone conferences and correspondence with lenders, creditor representatives, and the Debtors; (c) preparing, filing and presenting motions to extend financing; and (d) reviewing and

responding to third-party requests for information or documents related to financing and cash collateral.

- **Creditors and Claims:** (Fees: $33,432.00 / Hours: 102.2) Services pertaining to general creditor issues, including, among other things, (a) communications and general correspondence with individual creditors and creditor representatives regarding the Debtors' cases; (b) reviewing and reconciling individual proofs of claim and interest against supporting documentation and Debtors' records; (c) drafting, filing, serving, and presenting objections to claims; (d) negotiating and finalizing settlements of individual claims; (e) updating and maintaining a claims register for all filed and scheduled claims; and (f) drafting, filing, serving, and presenting a motion to enforce the stay and responding to the motion to lift the stay.

- **Disclosure Statement:** (Fees: $180.00 / Hours: .3) Services pertaining to reviewing the amended Plan.

- **Fee Applications:** (Fees: $3,308.00 / Hours: 13.3) Services pertaining to retention and compensation of Shaw Gussis, including drafting, filing, serving, and presenting fee applications.

- **Plan of Reorganization:** (Fees: $31,484.93 / Hours: 84.16) Services pertaining to the Debtors' proposed joint plan of reorganization, including, among other things: (a) preparing for and attending hearings on plan confirmation; (b) preparing and filing the amended joint plan and amended disclosure statement; (c) communicating with various parties about plan issues and plan status; (d) preparing, reviewing, and finalizing the Edon agreements; and (e) reviewing ballots and revising the ballot report.

- **Pre-Petition Litigation:** (Fees: $4,180.50 / Hours: 14.1) Services pertaining to pre-petition litigation, including, among other things: (a) preparing the South Branch Litigation status report; and (b) preparing for and attending the hearing on the Albin motion to lift stay.

- **Ruiz Litigation:** (Fees: $13,140.00 / Hours: 26.3)  Services pertaining to litigation by and among the Debtors and Ruiz, including, among other things: (a) reviewing the district court complaint filed by the Ruizes; (b) preparing for and attending the district court status hearing; (c) preparing, filing, and presenting a motion to enforce the automatic stay and reply in support thereof.[1]

### Summary of Services Rendered by Professional

9. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate[2] | Hours | Amount |
|---|---|---|---|---|
| Steven B. Towbin | Member | $600 | 44.2 | $26,520.00 |
| Terence G. Banich | Member | $373 | 31.1 | $11,612.50 |
| Allen J. Guon | Member | $373 | 100.7 | $37,582.93 |
| Marylynne Schwartz | Associate | $237 | 16.6 | $3,939.00 |
| Patricia M. Fredericks | Paralegal | $180 | 50.9 | $9,162.00 |
| Multiple Professionals[3] | | $347 | 10.8 | $3,748.50 |

10. In evaluating this Application, this Court should consider the value of the services rendered by Shaw Gussis on behalf of the Debtors and their estates. The nature and complexity of the issues presented, the skill required to perform the legal services properly, the customary fees charged by other professionals in these cases and in similar cases, the experience and ability

---

[1] On April 9, 2010, the Court entered the Amended Order on Motion to Enforce Automatic Stay ("Stay Order") against the Ruizes and their attorneys. Pursuant to the Stay Order, the Court awarded the Debtors their attorneys' fees and expenses incurred in litigating the automatic stay issues. On or about April 20, 2010, the Liquidating Trustee filed his petition for attorneys' fees incurred in enforcing the automatic stay (the "Petition"). The Petition is currently pending before this Court.

[2] The billable rates are blended rates based on 2009 and 2010 rates for the respective professionals.

[3] In the interest of economy, each attorney and professional whose cumulative billable time was less than ten (10) hours is grouped under the heading "Multiple Professionals."

{5618 MOT A0263646.DOC}    5

of the attorneys involved, and the amount of awards of compensation in similar cases, whether viewed individually or collectively, support an award of the requested compensation in full.

11. The hourly rates charged by Shaw Gussis with respect to the Debtors' cases compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Gussis professionals providing services to the Debtors in connection with this Case. Further, the amount of time spent by Shaw Gussis with respect to the Debtors' cases is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel, and the ultimate benefit to the estate.

12. Shaw Gussis has conscientiously attempted to avoid having multiple attorneys appear or convene on behalf of the Debtors. In certain circumstances, however, it was necessary for more than one Shaw Gussis attorney to appear in Court at the same time. When possible, Shaw Gussis would have one attorney handle multiple matters on the Court's calendar. Similarly, on certain occasions, Shaw Gussis had more than one attorney attend a meeting to strategize on issues that had particular import to multiple areas of the Cases. This generally occurred in connection with certain contested litigation matters, including the complex litigation involving the members of the Debtors. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis.

13. The issues presented by the Debtors' cases have been legally and factually complex, and the amounts at stake significant. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the

{5618 MOT A0263646.DOC}                            6

reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Gussis respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full.

### EXPENSES

14. The actual and necessary costs expended by Shaw Gussis during the Application Period are detailed in Exhibit B. The requested reimbursement amount for expenses incurred is $3,416.96. All of the expenses for which reimbursement is sought are expenses that Shaw Gussis customarily recoups from all of its clients.

15. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
| --- | --- |
| In-City Transportation | 132.00[4] |
| Online docketing and documents (PACER) | 260.52 |
| Online Legal Research (Westlaw) | 27.62 |
| Overnight delivery (Federal Express, UPS) | 95.67 |
| Photocopy | 1,834.40 |
| Postage | 1,155.10 |
| Transcripts | 43.65 |
| Working Meals | 88.05 |
| SUB-TOTAL: | $3,637.01 |
| LESS WRITE-OFF: | ($220.05) |
| **TOTAL** | **$3,416.96** |

16. Legal Research Charges (Westlaw / PACER): Shaw Gussis utilized Westlaw whenever it was determined that using Westlaw was more cost effective than using traditional or

---

[4] The amount invoiced for in-city transportation and working meals has been written off.

{5618 MOT A0263646.DOC}  7

non-computer-assisted legal research. Shaw Gussis has contracted with Westlaw for a research package that includes prepaid access to certain bankruptcy, litigation and public record resources, plus Westlaw's regular rate for all other usage. Shaw Gussis uses PACER to monitor docket activity and obtain documents filed with the Court without the necessity of a trip to the courthouse. Shaw Gussis makes no profit on Westlaw or other legal research expenses.

17. <u>Photocopy</u>: Photocopy charges include internal and outsourced copies. Generally, Shaw Gussis makes all copies internally. All internal copies are billed at a rate of $0.10 per page. Shaw Gussis maintains a record of copy charges, which requires the operator to input a client's billing code. Where a large copy job may be more efficiently conducted by an outside copying service, Shaw Gussis charges the actual costs for expenses incurred. Outsourced copying services may include binding or color copying.

18. <u>Postage / Overnight Delivery</u>: In order to keep overnight delivery carrier charges to a minimum, service of most pleadings was accomplished by ordinary mail. Where expedited delivery was necessary to ensure timely delivery of sensitive information, such as settlement checks, Shaw Gussis utilized a reputable common carrier, such as Federal Express or UPS.

19. All expenses incurred by Shaw Gussis were ordinary and necessary expenses. All expenses billed to the Debtors were billed in the same manner as Shaw Gussis bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other districts.

**PAYMENTS RECEIVED BY SHAW GUSSIS TO DATE**

20. Pursuant to the Retention Order, Shaw Gussis submitted monthly invoices to the Debtors, with copies to this Court and other parties entitled to notice thereof, for interim

compensation and expense reimbursement, less a twenty percent holdback of fees. Shaw Gussis has not received payment for any fees or expenses incurred during the Application Period.

21. Shaw Gussis received no objection to the Monthly Statements for the period beginning November 1, 2009 through and including April 6, 2010.

22. Since the Petition Date, Shaw Gussis has been allowed $1,487,675.40 in fees and expenses on an interim basis in connection with Shaw Gussis's four interim fee applications (the "Previously Allowed Fees and Expenses") (Dkt. Nos. 297, 619, 820, and 1139).

23. Since the Petition Date, Shaw Gussis has received $1,407,289.60 in payment from the Debtors.

24. Shaw Gussis is currently holding $2,143.05 as a retainer (the "Retainer"). Through this application, Shaw Gussis seeks to apply the Retainer to the balance owed by the Debtors.

## COMPLIANCE WITH 11 U.S.C. § 504

25. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Gussis and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Gussis.

## NOTICE

26. Notice of this Application has been provided to the Debtors, the U.S. Trustee, and those parties requesting notice in these cases. Based on the extent of notice already provided and the costs and burdens of transmitting notice to all of the Debtors' creditors, Shaw Gussis respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to FED. R. BANKR. P. 2006(a), 2002(i), and 9007.

WHEREFORE, Shaw Gussis requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows Shaw Gussis $92,564.93 in compensation for the Application Period;

(b) Allows Shaw Gussis $3,416.96 in expense reimbursement for the Application Period;

(c) Authorizes Shaw Gussis to apply the Retainer to the balance due and authorizes and directs the Liquidating Trustee to pay Shaw Gussis $174,224.55, or the actual balance due after credit is given for payments received by Shaw Gussis;

(d) Approves on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis;

(e) Waives other and further notice of the hearing with respect to this Application; and

(f) Provides Shaw Gussis with such additional relief as may be appropriate and just under the circumstances.

                                          Respectfully submitted,

                                          Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

Dated: July 13, 2010                    By:   */s/ Marylynne Schwartz*

                                          Steven B. Towbin (#2848546)
                                          Allen Guon (#6244526)
                                          Marylynne Schwartz (#6297576)
                                          Shaw Gussis Fishman Glantz
                                            Wolfson & Towbin LLC
                                          321 North Clark Street, Suite 800
                                          Chicago, Illinois 60654
                                          (312) 541-0151 telephone
                                          (312) 980-3888 facsimile
                                          mschwartz@shawgussis.com