## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **J.S. II, L.L.C., et al.,** | **Case No. 07-3856** |
| **Debtors.** | **(Jointly Administered)** |
| | **Hon. Jacqueline P. Cox** |
| | **Hearing Date: August 5, 2010** |
| | **Hearing Time: 9:30 a.m.** |

### NOTICE OF MOTION

　　**PLEASE TAKE NOTICE** that on **August 5, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Fourth and Final Application of High Ridge Partners, Inc. ("HRP") as financial advisor to the Debtors, for Allowance of Compensation, Limited Notice Thereof, and Related Relief ("Application")**, a copy of which is hereby attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading. At which time and place you may appear if you so see fit.

Dated: July 13, 2010

Marylynne K. Schwartz
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Tel: (312) 980-3805
Fax: (312) 252-4907
mschwartz@shawgussis.com

{5618 APPL A0266064.DOC}

## CERTIFICATE OF SERVICE

Marylynne K. Schwartz certifies that service of the above and foregoing notice was accomplished through Electronic Notice for Registrants on the following CM/ECF service list, as well as by Email on the following Email service list, on this 13th day of July 2010 upon:

_/s/ Marylynne K. Schwartz_
Marylynne K. Schwartz

## *Mailing Information for Case 07-03856*

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Charles G Albert    calbert@awm-law.com
- R Scott Alsterda    rsalsterda@uhlaw.com
- Janice A Alwin    janice@oakpointpartners.com
- Terence G Banich    tbanich@shawgussis.com, kdevries@shawgussis.com
- Elizabeth A. Bates    ebates@huckbouma.com, mtolvaysh@huckbouma.com;kryding@huckbouma.com;ccurths@huckbouma.com
- Marc O. Beem    mbeem@millershakman.com, mpadilla@millershakman.com;tlawhead@millershakman.com
- Gary I Blackman    gblackman@lplegal.com
- Timothy W Brink    timothy.brink@dlapiper.com, docketingchicago@dlapiper.com;william.guthrie@dlapiper.com
- William R. Brodzinski    wbrodzinski@mrvlaw.com
- Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
- Patrick A Clisham    patrickclisham@hotmail.com
- David W Cybak    cybakassoc@yahoo.com
- Blanca R Dominguez    bdominguez@bbp-chicago.com, ggurgel@bbp-chicago.com
- Brian M. Dougherty    bmd@gsrnh.com
- Barry A Erlich    berlich@rb-llp.com
- Edward W Feldman    efeldman@millershakman.com, odom@millershakman.com
- Vipin R Gandra    vipingandra@yahoo.com
- Douglas C. Giese    dgiese@howardandhoward.com, dcgiese@msn.com
- Karen R Goodman    kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- Allen J Guon    aguon@shawgussis.com, sdelamora@shawgussis.com
- Christopher J Hales    chales@bbp-chicago.com
- Christopher J Lawhorn    cjlawhorn@bryancave.com
- Colleen M Loftus    cloftus@loftusloftus.com
- Roseanne Loftus    rloftus@loftusloftus.com
- Adrian E Mazar    mazaresq@sbcglobal.net, AdrianMazar@comcast.net
- Mary Ann Murray    mmurray@bbp-chicago.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov

- Eric S. Prezant    eric.prezant@bryancave.com
- Peter J Roberts    proberts@shawgussis.com
- Travis Rojakovick    trojakovick@mayerbrown.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Marylynne K Schwartz    mschwartz@shawgussis.com
- George J. Spathis    gspathis@shawgussis.com, bharrington@shawgussis.com
- Timothy Sprague    peraicalaw@aol.com
- Daniel L Stanner    dstanner@tdrlawfirm.com, edocket@tdrlawfirm.com
- Catherine L Steege    csteege@jenner.com, docketing@jenner.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Steven B Towbin    stowbin@shawgussis.com
- Esther E Tryban Telser    etrybantelser@cityofchicago.org
- Jay Verdugo    jverdugo@peraica.com
- Greta G Weathersby    g.weathersby@pecorp.com
- James P. Ziegler    jziegler@spklaw.com

## E-mail Service List

### Counsel for the U.S. Trustee

Richard Craig Friedman
Office of the U.S. Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604
richard.c.friedman@usdoj.gov

### Counsel for American Chartered Bank

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, Suite 4300
Chicago, IL 60602
mmurray@bbp-chicago.com

### Financial Advisors to the Debtors

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL 60603
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

### Special Counsel to the Debtors

Michael I. Rothstein
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
mrothstein@tdrlawfirm.com
dstanner@tdrlawfirm.com

### Counsel for FCL

Robert A. Eiden
Barry Erlich
Richmond Breslin LLP
233 South Wacker Drive, Suite 5775
Chicago, IL 60606
reiden@RB-LLP.com
berlich@RB-LLP.com

### Counsel for Moore

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, IL 60606
mjc@hmltd.com

### Counsel for Thomas Snitzer and the Snitzer Family LLC

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
efeldman@millershakman.com
mbeem@millershakman.com

### Counsel for the Creditors' Committee

Catherine L. Steege
Christine L. Childers
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
csteege@jenner.com
cchilders@jenner.com

### Counsel for Levenfeld Perlstein

James D. Brusslan
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
jbrusslan@lplegal.com

### Counsel for Edon

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington Street, Suite 2100
Chicago, IL 60602
rjones@jonesandjacobs.com

### Counsel for the City of Chicago

Mark A. Limanni
Esther Tryban Telser
City of Chicago Law Department
30 North LaSalle Street, Suite 700
Chicago, IL 60602
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

### Special Transactional Counsel

John J. Vondran
P.O. Box 190
Winnetka, IL 60093
johnjvondran@gmail.com

### Legal and Financial Advisor to John Kinsella and Sid Diamond

Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
hudson@hackhud.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL 60610
rls@fourcolumnsltd.com

### Counsel for Creditor ACME Refining

Kenneth J. Ottaviano
Jeffrey A. Chadwick
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
kenneth.ottaviano@kattenlaw.com
jeffrey.chadwick@kattenlaw.com

### Counsel for Builder's Material Source

Edward C. Eberspacher
O'Hagan Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
teberspacher@ohaganspencer.com

### Counsel for Metz Baking Company

Christopher J. Lawhorn
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

### Counsel for Jose Ruiz and Sandra Ruiz

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603
fingram@fingramlaw.com

### Counsel for American Chartered Bancorp., Inc. d/b/a American Chartered Bank

Blanca R. Dominguez
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300
Chicago, IL 60602
bdominguez@bbp-chicago.com

### Counsel for Rose Paving Co.

Timothy W. Brink
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
timothy.brink@dlapiper.com

Sid Diamond
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
sidiamond2@aol.com

John Kinsella
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
bpvkinsella@yahoo.com

*__Counsel for M.F. Construction__*
*__Contractors Company__*

Brian M. Dougherty
Goldstein, Skrodzki, Russian,
   Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
bmd@gsrnh.com

*__Counsel for South Branch, L.L.C.__*

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
kgoodman@shefskylaw.com

*__Counsel for Watertight Exteriors, Inc.__*

William R. Brodzinski
Mulherin Rehfeldt & Varchetto
211 South Wheaton Avenue
Wheaton, IL 60187
wbrodzinski@mrvlaw.com

*__Counsel for Homeowners Association__*

David Sugar
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
dsugar@arnstein.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **J.S. II, L.L.C., et al.,** | **Case No. 07-3856**<br>**(Jointly Administered)** |
| **Debtors.** | **Hon. Jacqueline P. Cox** |
| | **Hearing Date: August 5, 2010**<br>**Hearing Time: 9:30 a.m.** |

### FOURTH AND FINAL APPLICATION OF HIGH RIDGE PARTNERS, INC. AS FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION, LIMITED NOTICE THEREOF, AND RELATED RELIEF

J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C., and KND Investments, LLC (collectively, "Debtors"), on behalf of High Ridge Partners, Inc. ("HRP"), apply to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for (i) the final allowance of $3,238.50 in compensation for approximately 11.1 hours of professional services rendered by HRP as financial advisor to the Debtors for the period beginning December 1, 2009 through and including April 6, 2010 ("Application Period"); (ii) final approval of interim compensation previously applied for and awarded by this Court on an interim basis; and (iii) further notice of the hearing on this application ("Application") be waived.  In support of this Application, the Debtors state as follows:

## BACKGROUND

1.      On March 5, 2007 ("Petition Date"), the Debtors filed related petitions for relief under chapter 11 of the Bankruptcy Code.

2.      On March 16, 2007, a committee of creditors holding unsecured claims ("Committee") was appointed to serve by the U.S. Trustee pursuant to 11 U.S.C. § 1102.

3.      On April 6, 2010, the Court confirmed the Debtors' Second Amended Joint Chapter 11 Plan ("Plan").  Pursuant to the Plan, Rock W. Hudson was appointed as the Liquidating Trustee ("Liquidating Trustee") and the Plan representative of the Debtors' consolidated estates.

4.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF HRP

5.      HRP's retention as financial advisor to the Debtors was approved by an order of this Court dated March 8, 2007 (Dkt. No. 31).

6.      On March 8, 2007 the Court entered the Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals, as modified by an order dated May 23, 2007 ("Compensation Order"), which governs procedures for submitting Monthly Statements by professionals (Dkt. Nos. 29 and 177). Pursuant to the Compensation Order, HRP is eligible to receive eighty percent (80%) of its fees and one hundred percent (100%) of its expenses on a monthly basis by submitting to certain parties in interest a monthly statement detailing the fees and expenses incurred ("Monthly Statement").

### SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITIES BY HRP

7.      Throughout the Application Period, HRP rendered in excess of 11.1 hours of professional services to the Debtors having an aggregate value in excess of $3,238.50, for an average hourly rate of approximately $291 billable to the Debtors.   All of the services for which compensation is requested were services that, in HRP's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

8.      In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of HRP's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, HRP has classified its services into three separate categories of services.  Detailed invoices for each time category are attached as Exhibit A to this Application.  The following is a general description of the tasks performed in each of HRP's principal categories of activities:

- **Fee Application/Client Billing:** (Fees: $256.50 / Hours: 0.9)  Reviewing billing and finalizing invoices for HRP's fee application.

- **Attendance at court hearings/Review Pleadings:** (Fees:  $88.50 / Hours: 0.3) Attending the court hearing on the HRP fee application.

- **Monthly & Semi-Annual Reports:** (Fees: $2,893.50 / Hours: 9.9)  Preparing monthly operating reports for November 2009 through April 2010.

9.      Greg Apathy performed all of the services for which compensation is sought at a blended rate of $291[1] per hour.

10.      The hourly rates charged by HRP for financial advisory services compare favorably with the rates charged by other Chicago metropolitan firms having professionals with similar experience and expertise as the HRP professionals.  Given the criteria set forth

_____

[1] The hourly rate represents a blended rate for 2009 and 2010.

in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, HRP respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full.

## PAYMENTS RECEIVED BY HRP TO DATE

11.     To date, HRP has not received any payments towards fees incurred during the Application Period.

12.     Since the Petition Date, HRP has been allowed $188,473.08 in fees and expenses on an interim basis in connection with HRP's three interim fee applications ("the Previously Allowed Fees and Expenses") (Dkt. Nos. 621, 851, and 1170).

13.     Since the Petition Date, HRP has received $178,116.48 in payment from the Debtors.

## COMPLIANCE WITH 11 U.S.C. § 504

14.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between HRP and any other firm, person or entity for the sharing or division of any compensation paid or payable to HRP.

## NOTICE

15.     Notice of this Application has been provided to the Debtors, the U.S. Trustee, and those parties requesting notice in these cases. Notice of the Hearing on this application has also been provided to all creditors with allowed claims. Based on the

extent of notice already provided, and the costs and burdens of transmitting notice to all of the Debtors' creditors, HRP respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, HRP requests the entry of an order, substantially in the form attached hereto, that:

a)      Allows HRP $3,238.50 in compensation for the Application Period;

b)      Authorizes and directs the Liquidating Trustee to pay HRP $13,595, reflecting the actual balance due after credit for payments received by HRP pursuant to the Monthly Statements under the Retention Order;

c)      Approves on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis;

d)      Waives other and further notice of the hearing with respect to this Application; and

e)      Provides HRP with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

High Ridge Partners, Inc.

Dated: July 13, 2010

By: _Patrick D. Cavanaugh_

Patrick D. Cavanaugh
140 S. Dearborn
Suite 420
Chicago, IL 60603
Tel: (312) 456-5636
email: pcavanaugh@high-ridge.com

=

Financial Advisor to the Debtors