UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03856 |
| JS II, L.L.C., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

Marylynne Schwartz hereby certifies that she caused to be served true and correct copies of the **Notice of Hearing on Final Fee Applications of Professionals**, a copy of which is attached, upon the attached Service List via prepaid, first-class U.S. Mail on July 14, 2010.

/s/ Marylynne Schwartz

Marylynne Schwartz (#6297576)
Steven B. Towbin (#2848546)
Peter J. Roberts (#6239025)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 276-1333

{5618 CER A0267143.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>J.S. II, L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-3856<br>(Jointly Administered)<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date: August 5, 2010<br>Hearing Time: 9:30 a.m. |

## NOTICE OF HEARING ON FINAL FEE APPLICATIONS OF PROFESSIONALS

PLEASE TAKE NOTICE THAT on **August 5, 2010**, at the hour of **9:30 a.m.**, the following final fee applications shall be presented to the Honorable Jacqueline Cox, or any judge sitting in her stead, in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois:

1. **Shaw Gussis Fishman Glantz Wolfson & Towbin LLC's Fifth and Final Fee Application** requesting final approval of $1,549,587.90 in compensation and $34,069.51 in reimbursement of expenses.

2. **High Ridge Partners' Third and Final Fee Application** requesting final approval of $190,769.60 in compensation and $941.98 in reimbursement of expenses.

3. **Mandell Advisory Group, Ltd.'s Second and Final Fee Application** requesting final approval of $17,945 in compensation.

4. **John J. Vondran's Third and Final Fee Application** requesting final approval of $177,625 in compensation and $94.39 in reimbursement of expenses.

5. **Tabet DiVito & Rothstein LLC's Fifth and Final Fee Application** requesting final approval of $328,427 in compensation and $10,851.46 in reimbursement of expenses.

6. **Jenner & Block LLP's Fourth and Final Fee Application** requesting final approval of $230,672 in compensation and $7,474.41 in reimbursement of expenses.

PLEASE TAKE FURTHER NOTICE that any creditor or party in interest may appear at the hearing if he/she sees fit.

{5618 NTC A0266845.DOC}

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications set forth above are on file with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois and are also available by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications may be continued from time to time, as necessary, without further written notice.

> Marylynne Schwartz (#6297576)
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60610
> (312) 541-0151  telephone

## SERVICE LIST

1st Choice Drywall, Inc.
David J. Schwab
Richards, Ralph & Schwab, Chartered
175 E Hawthorn Pkwy, Ste 345
Vernon Hills, IL  60061

Ashland Glass & Mirror Design, Inc.
Attn: Alex
3926 N Ashland
Chicago, IL  60613

B&F Coffee Service
3535 Commercial Ave
Northbrook, IL  60062-1848

Banner Masonry Inc.
7036 W 98th St
Chicago Ridge, IL  60415-1067

Beverly Lawn Maintenance, Inc.
Attn: James Esposito
2900 W 99th St
Evergreen Park, IL  60805

Builder's Material Source
2630 W Armitage Ave
Chicago, IL  60647-2483

Chaudry, Michelle
David Rohrer, Attorney at Law
450 Skokie Blvd, Suite 502
Northbrook, IL  60062

City of Chicago, Department of Law
30 N LaSalle, Rm 900
Chicago, IL  60602

City of Chicago, Department of Revenue
Business Bankruptcy Unit
333 S State St, Ste 540
Chicago, IL  60604-3977

City of Chicago, Department of Revenue
Business Bankruptcy Unit
333 S State St, Ste 540
Chicago, IL  60604-3977

City of Chicago, Department of Revenue
Business Bankruptcy Unit
333 S State St, Ste 540
Chicago, IL  60604-3977

City of Chicago, Department of Water
City of Chicago Department of Water
c/o Myron Schreiber, Assistant Commissioner
333 South State St, Ste LL10
Chicago, IL  60604

City of Chicago-Water 435840-Whse
The Department of Water Management
1000 E Ohio
Chicago, IL  60611

City of Chicago-Water 794362-612671
The Department of Water Management
1000 E Ohio
Chicago, IL  60611

City of Chicago-Water 833852-618190
The Department of Water Management
1000 E Ohio
Chicago, IL  60611

ComEd - 0077165014 Common Space Lighting
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 3091142007 Lot 101
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 3907100059 Lot 84
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

{5618 SVL A0267142.DOC}

ComEd - 4703121004 Sls Ctr
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 5958018002 Lot 106
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 9418700052 Elec Whse
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd- 0288125066 Lot 59
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

Daley & George, LLP
Two First National Plaza
20 S Clark St
Chicago, IL  60603

Denk & Roche Builders, Inc.
Attn: Michael Passo
104 Gateway Rd
Bensenville, IL  60106

DME Access, Inc.
1717 Industrial Dr
Montgomery, IL  60538-1233

Dranias, Harrington & Wilson
Attn: Keith Harrington
77 W Washington
Ste 1020
Chicago, IL  60602-2801

Early Warning Alarms, Inc.
Attn: Mark Icus
7720 W Touhy, Unit B
Chicago, IL  60631

ERN Technologies, LLC
Attn: Laura Gorski
PO Box 146408
Chicago, IL  60614-6408

Fayz, Farhad & Bita
1308 West 33rd Place
Chicago, IL  60608-6462

FCL Builders, Inc.
Attn: Dan Januszyk
1150 Spring Lake Dr
Itasca, IL  60143-2068

FedEx Kinko's
Customer Administrative Services
PO Box 672085
Dallas, TX  75267-2085

First Environment
Attn: Accounts Payable
91 Fulton St
Boonton, NJ  07005

Fisher Bros. Concrete
11855 Oak Hill Dr.
Orland Park, IL  60467-4439

Four Columns, Ltd.
1325 N. Sandburg Terrace
Chicago, IL  60610-2011

Geier, Marvin
1127 Raymond Ave
La Grange Park, IL  60526

Grand Appliance, Inc.
Zion, IL  60099

Groot Industries, Inc.
Attn: Accounts Payable
1759 Elmhurst Rd
Elk Grove Village, IL  60007

Group A Architects
Attn: Rob Kirk
415 W Golf Rd, Ste 6
Arlington Heights, IL 60005

Home Depot
PO Box 6029
Dept 32 - 2021242262
The Lakes, NV 88901-6029

Horizon Heating & Cooling
Attn: Deborah
999 Thornton St
Lockport, IL 60441

Ice Mountain
2767 Imperial Highway, Ste 100
Brea, CA 92821-6713

Illinois Department of Revenue
100 W Randolph
Level 7400- Bankruptcy Unit
Chicago, IL 60601

IMPACT Technology
Attn: Ken Vilkaitis
1125 Paramount Pkwy, Ste B
Batavia, IL 60510

JH Design Inc.
2951 W Diversey Ave
Chicago, IL 60647-1764

Johnson, Paul & Renee
c/o Zane D. Smith & Assocs., Ltd.
415 N LaSalle St
Ste 300
Chicago, IL 60610

Landmark Engineering Corporation
Attn: Mark Langstrom
7808 W 103rd St
Palos Hills, IL 60465

Lee Lumber
17W428 22nd St
Oakbrook Terrace, IL 60181

Levenfeld Pearlstein LLC
Attn: James Brussian
2 N LaSalle St
Ste 1300
Chicago, IL 60602

Luna Carpet and Blinds
Attn: Morrie Dezara
10 N Davis Dr
Bellwood, IL 60104

Matual, David & Sandra
1233 W 34th St
Chicago, IL 60608-6660

MF Construction Contractors Company
Goldstine Skrodzki Russian Nemec and
Hoff, Ltd
Attn: Brian M. Dougherty
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527

Midway Iron Works, Inc.
5834 South Normal
Chicago, IL 60621-3369

Midwest Insulation Co., Inc.
580 Montego Dr.
Elk Grove Village, IL 60007-3469

Moore Landscapes, Inc.
Matthew J. Cleveland
Hogan Maren Ltd.
180 N Wacker Drive, Ste 600
Chicago, IL 60606

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Orkin Commercial Services
603 E Diehl Rd
Ste 124
Naperville, IL  60563

PC Marble, Inc.
5859 W 117th Pl
Alsip, IL  60803

Pearl Design Group
Attn: Bob Carlson
170 Covington Dr
Bloomingdale, IL  60108

Peoples Gas Light & Coke Co aka Peoples
Energy- 7500037464657 Whse
130 E Randolph Dr
24th Floor
Chicago, IL  60601

Pinto Glass & Mirror Co., Inc.
Attn: Nick/Rosa Ann Pinto
10201 W 191st St
Bldg 2
Mokena, IL  60448

Pioneer Engineering and Environmental
Services, Inc.
700 N. Sacramento Blvd. #101
Chicago, IL  60612-1050

Protective Coatings
Attn: Accounts Payable
PO Box 127
Orland Park, IL  60462

R.D. Masonry
Attn: Rick Divine
9511 Corsair
Frankfort, IL  60423

Reddy, Prashanth
450 E. Waterside Dr. Unit 2801
Chicago, IL  60601

Regal Builders Inc.
5778 N Elston Ave
Chicago, IL  60646-5546

Rose Paving Co.
Attn: Alan Rose
7300 W 100th Pl
Bridgeview, IL  60455

RSM McGladrey, Inc.
Attn: Mark Mandell
111 Deer Lake Rd
Deerfield, IL  60015

S & R Masonry, Inc.
Attn: Joe Henry
1998 N Walnut Rd
Rochester, IL  62563

Schaaf Window Co., Inc.
18445 Thompson Court
Tinley Park, IL  60477-6743

Sciortino Group Inc.
Attn: Sam Sciortino
4716 N Kilbourn
Chicago, IL  60630

Service Sanitation, Inc.
135 Blaine St
Gary, IN  46406-1245

Sheridan & Pearlman
Attn: Steven B. Pearlman
350 N LaSalle, Suite 900
Chicago, IL  60610

South Branch LLC
c/o Shefsky & Froelich LLC
Karen R. Goodman
111 East Wacker Drive, Suite 2800
Chicago, IL  60601

Southwest Fireplace Supply-Palos
11927 S 80th Ave
Palos Park, IL  60464

Sprint Nextel Corporation
Attn: Bankruptcy
PO Box 172408
Denver, CO 80217

Steiner Electric Company
Attn: Accounts Payable
1250 Touhy Ave
Elk Grove Village, IL 60007

Suburban Cleaning Systems
1503 E Industrial Dr
Itasca, IL 60143-1849

The Granite Guys
Attn: Brian
901 Edwards Rd
Fort Pierce, FL 34982

Theo Electric
271 N Main St
Glen Ellyn, IL 60137

Watertight Exteriors, Inc.
William R. Brodzinski
211 S Wheaton Ave, Suite 200
Wheaton, IL 60187

Why Not Iron
c/o John A. Lipinsky
Coman & Anderson, PC
2525 Cabot Dr, Ste 300
Lisle, IL 60532

Worth Mor Doors
10910 Southwest Hwy
Palos Hills, IL 60465

Pioneer Engineering and Environmental
Services, Inc.
700 N Sacramento Blvd, Ste 101
Chicago, IL 60612

M&I Pallet
2407 S Kolin
Chicago, IL 60623

First Environment
Attn: Accounts Payable
91 Fulton St
Boonton, NJ 07005

Protek International, Inc.
Attn: Keith Chval
115 55th St, Ste 400
Clarendon Hills, IL 60514

Mac Container
7119 W Schreiber Ave
Chicago, IL 60631

First Environment
Attn: Accounts Payable
91 Fulton St
Boonton, NJ 07005

RSM McGladrey, Inc.
Attn: Mark Mandell
111 Deer Lake Rd
Deerfield, IL 60015

Advanced Earth Technologies, Inc.
Attn: William J. Smith
40 W840 Bowes Bend Dr
Elgin, IL 60124-8326

ComEd Co.
2100 Swift Dr
Attn: Bankruptcy Section/Revenue Management
Oakbrook, IL 60523

Midwest Insulation Co., Inc.
580 Montego Dr.
Elk Grove Village, IL 60007-3469

Theo Electric
271 N Main St
Glen Ellyn, IL 60137-5353

{5618 SVL A0267142.DOC}5

Lopez, Neil
25765 Jamestown Trail
Oakbrook, IL  60523

Peoples Gas Light & Coke Co
130 E Randolph Dr
Chicago, IL  60601

ComEd - 4703121004 Sls Ctr
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 5958018002 Lot 106
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

ComEd - 9418700052 Elec Whse
Bankruptcy Division
PO Box 87522
Chicago, IL  60680

Early Warning Alarms, Inc.
Attn: Mark Icus
7720 W Touhy, Unit B
Chicago, IL  60631

Horizon Heating & Cooling
Attn: Deborah
999 Thornton St
Lockport, IL  60441

RSM McGladrey, Inc.
Attn: Mark Mandell
111 Deer Lake Rd
Deerfield, IL  60015