IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JS II, L.L.C., et al., | ) | Case No. 07-03856 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Jacqueline P. Cox |

### ORDER ON FINAL APPLICATION OF JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CREDITORS' COMMITTEE OF JS II, LLC, ET AL.

THIS MATTER COMING TO BE HEARD on the Final Application Of Jenner & Block LLP For Allowance of Compensation and Reimbursement of Expenses as Counsel to the Creditors' Committee of JS II, LLC, et al. (the "Application"); the Court having reviewed the Application; the Court having jurisdiction over this core proceeding; due and adequate notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Application is GRANTED on a final basis.

2. The Court hereby approves and reaffirms on a final basis its Interim Fee Orders dated May 7, 2008 (Doc. 649), December 10, 2008 (Doc. 890) and December 17, 2009 (Doc. 1161) covering the time period of October 19, 2008 through October 31, 2009 and awarding Jenner & Block compensation in the amount of $205,414.00 and expenses in the amount of 6463.58. In addition, for the time period of November 1, 2009 through April 30, 2010, the Court hereby awards Jenner & Block LLP additional final compensation in the sum of $ 25,258.00 for necessary professional services rendered and $ 950.13 for expenses incurred.

3. The Debtors are hereby authorized and directed to pay the amounts allowed in paragraph 2 hereof, less all interim payments made to date.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Chicago, Illinois
    August 17, 2010

J. Cox    /s/ Jacqueline P. Cox
UNITED STATES BANKRUPTCY JUDGE

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF DISBURSEMENTS
## MATTER 10042 – EXPENSES

| | |
|---|---:|
| In-City Transportation | 56.00 (11) – 56.00 |
| Network Printing | 4.70 (11) – 4.70 |
| Pacer Charges | 112.64 |
| Photocopy | 806.82 |
| Postage Expense | 30.67 |
| TOTAL DISBURSEMENTS | 1,010.83 |