UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re**  **J.S. II, L.L.C., et al.,**              **Debtors.** | **Chapter 11**  **Case No. 07-3856**  **(Jointly Administered)**  **Hon. Jacqueline P. Cox**  **Hearing Date: September 23, 2010**  **Hearing Time: 10:30 a.m.** |

**NOTICE OF MOTION**

TO:   (See Attached Service List)

    **PLEASE TAKE NOTICE** that on **September 23, 2010 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **MOTION FOR ENTRY OF FINAL DECREE CLOSING THE BANKRUPTCY CASES OF RIVER VILLAGE I, L.L.C., RIVER VILLAGE WEST, L.L.C. AND KND INVESTMENTS, LLC,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

    **AT WHICH TIME AND PLACE** you may appear if you so see fit.

| | |
|---|---|
| Dated: September 17, 2010 | Allen J. Guon  Shaw Gussis Fishman Glantz  Wolfson & Towbin LLC  321 N. Clark St., Suite 800  Chicago, IL 60654  Tel: (312) 980-3836  Fax: (312) 275-0584  email: aguon@shawgussis.com |

{5618 MOT A0273134.DOC}   1

**CERTIFICATE OF SERVICE**

Allen J. Guon certifies that service of the above and foregoing was accomplished (i) through Electronic Notice for Registrants on the following CM/ECF service list, and (ii) by Email on the following Email service list on this 17th day of September, 2010.

                                                          */s/ Allen J. Guon*
                                                          Allen J. Guon

**CM/ECF Service List for Case No. 07-3856**

- Elizabeth A. Bates
  ebates@huckbouma.com,
  mtolvaysh@huckbouma.com

- Marc O. Beem
  mbeem@millershakman.com,
  mpadilla@millershakman.com;tlawhead@millershakman.com

- Timothy W Brink
  timothy.brink@dlapiper.com

- William R. Brodzinski
  wbrodzinski@mrvlaw.com

- Jeffrey A Chadwick
  jeffrey.chadwick@kattenlaw.com

- Patrick A Clisham
  pclisham@shawgussis.com

- David W Cybak
  cybakassoc@yahoo.com

- Blanca R Dominguez
  bdominguez@bbp-chicago.com,
  ggurgel@bbp-chicago.com

- Brian M. Dougherty
  bmd@gsrnh.com

- Barry A Erlich    berlich@rb-llp.com

- Edward W Feldman
  efeldman@millershakman.com,
  odom@millershakman.com

- Vipin R Gandra
  vgandra@shawgussis.com,
  lgonzalez@shawgussis.com

- Karen R Goodman
  kgoodman@shefskylaw.com,
  sfdocket@shefskylaw.com

- Allen J Guon
  aguon@shawgussis.com

- Christopher J Hales    chales@bbp-chicago.com

- Christopher J Lawhorn
  cjlawhorn@bryancave.com

- Adrian E Mazar
  mazaresq@sbcglobal.net,
  AdrianMazar@comcast.net

- Mary Ann Murray
  mmurray@bbp-chicago.com

- William T Neary
  USTPRegion11.ES.ECF@usdoj.gov

- Eric S. Prezant
  eric.prezant@bryancave.com

- Peter J Roberts
  proberts@shawgussis.com

- Travis Rojakovick
  trojakovick@mayerbrown.com

- Richard A. Saldinger
  rsaldinger@shawgussis.com

- Daniel L Stanner
  dstanner@tdrlawfirm.com

- Catherine L Steege
  csteege@jenner.com,
  docketing@jenner.com

- Lawrence A. Stein
  lstein@huckbouma.com,
  lkoster@huckbouma.com

- Matthew A Swanson
  matthew.swanson@bfkn.com

- Steven B Towbin
  stowbin@shawgussis.com

- Esther E Tryban Telser
  etrybantelser@cityofchicago.org

- Greta G Weathersby
  g.weathersby@pecorp.com

{5618 MOT A0273134.DOC}         3

**EMail Service List**

*Counsel For American Chartered Bank*

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, St. 4300
Chicago, IL  60602
mmurray@bbp-chicago.com

*Counsel for FCL*

Robert A. Eiden
Richmond Breslin LLP
233 South Wacker Dr., St. 5775
Chicago, IL  60606
reiden@RB-LLP.com
berlich@RB-LLP.com

*Counsel for Thomas Snitzer and the Snitzer Family LLC*

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 N. LaSalle St., St. 3600
Chicago, IL  60601
efeldman@millershakman.com
mbeem@millershakman.com

*Counsel for City of Chicago*

Mark A. Limanni
Esther E. Tryban Telser
Building and Land Use Litigation division
City of Chicago Law Department
30 N. LaSalle St., St. 700
Chicago, IL  60602
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

*Counsel for Edon*

*Counsel for the US Trustee*

Richard Craig Friedman
Office of the U.S. Trustee
227 West Monroe St., Ste 3350
Chicago, IL 60606
richard.c.friedman@usdoj.gov

*Financial Advisors to the Debtors*

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL  60603
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

*Special Counsel to the Debtors*

Michael I. Rothstein
Henry H. Hess
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle St., 7th Fl.
Chicago, IL  60604
mrothstein@tdrlawfirm.com
hhess@tdrlawfirm.com
dstanner@tdrlawfirm.com

*Counsel for the Creditors' Committee*

Catherine L. Steege
Christine L. Childers
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
csteege@jenner.com
cchilders@jenner.com

*Counsel for Moore*

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington St., St. 2100
Chicago, IL  60602
rjones@jonesandjacobs.com

*__Special Transactional Counsel__*

John J. Vondran
P.O. Box 190
Winnetka, IL 60093
jvondran@comcast.net

*__Legal and Financial Advisor to
John Kinsella and Sid Diamond__*

Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
hudson@hackhud.com

*__Counsel for Builder's Material Source__*

Edward C. Eberspacher
O'Hagan Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
teberspacher@ohaganspencer.com

*__Counsel for Jose Ruiz and Sandra Ruiz__*

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603
foringpc@aol.com
fingram@fingramlaw.com

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Dr., St. 600
Chicago, IL  60606
mjc@hmltd.com

*__Counsel for Levenfeld Perlstein__*

Richard Lauter
Levenfeld Pearlstein, LLC
2 North LaSalle St., S. 1300
Chicago, IL  60602
rlauter@lplegal.com

*__Counsel for Creditor ACME Refining__*

Kenneth J. Ottaviano
Jeffrey A. Chadwick
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
kenneth.ottaviano@kattenlaw.com
jeffrey.chadwick@kattenlaw.com

*__Counsel for Metz Baking Company__*

Christopher J. Lawhorn
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

*__Counsel for American Chartered Bancorp.,
Inc. d/b/a American Chartered Bank__*

Blanca R. Dominguez
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300
Chicago, IL 60602
bdominguez@bbp-chicago.com

*Counsel for Rose Paving Co.*

Timothy W. Brink
Aaron C. Smith
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606
tbrink@lordbissell.com
asmith@lordbissell.com

*Counsel for South Branch, L.L.C.*

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
kgoodman@shefskylaw.com

*Counsel for Bridgeport Village Homeowners Association*

David Sugar
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
dsugar@arnstein.com

John Kinsella
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
bpvkinsella@yahoo.com

*Counsel for M.F. Construction Contractors Company*

Brian M. Dougherty
Goldstein, Skrodzki, Russian,
  Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
bmd@gsrnh.com

*Counsel for Watertight Exteriors, Inc.*

William R. Brodzinski
Mulherin Rehfeldt & Varchetto
211 South Wheaton Avenue
Wheaton, IL 60187
wbrodzinski@mrvlaw.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL  60610
rls@fourcolumnsltd.com

Sid Diamond
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
sidiamond2@aol.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **J.S. II, L.L.C., et al.,** | **Case No. 07-3856** |
| **Debtors.** | **(Jointly Administered)** |
| | **Hon. Jacqueline P. Cox** |
| | **Hearing Date: September 23, 2010** |
| | **Hearing Time: 10:30 a.m.** |

## MOTION FOR ENTRY OF FINAL DECREE CLOSING THE BANKRUPTCY CASES OF RIVER VILLAGE I, L.L.C., RIVER VILLAGE WEST, L.L.C. AND KND INVESTMENTS, LLC

Rockney W. Hudson, the Liquidating Trustee ("Trustee") of the JS II Liquidating Trust (the "Liquidating Trust"), pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, requests the entry of an order closing the cases of the following debtors that have been substantively consolidated pursuant to the terms of the Second Amended Joint Chapter 11 Plan (the "Plan"): River Village I, L.L.C., Case No. 07-03864; River Village West, L.L.C., Case No. 07-03865; and KND Investments, LLC, Case No. 07-3866 (collectively, the "Closing Debtors"). In support of this Motion, the Trustee states as follows:

### JURISDICTION

1. On March 5, 2007, J.S. II, L.L.C. ("JS II"), River Village I, L.L.C. ("RVI"), River Village West, L.L.C. ("RVW"), and KND Investments, LLC ("KND," and together with JS II, RVI and RVW, the "Debtors") filed related petitions for relief under chapter 11 of the Bankruptcy Code. (Dkt. # 1.)

2. On April 6, 2010, the Bankruptcy Court confirmed the Plan. (Dkt. # 1282.) On that same day, the Plan became effective.

{5618 MOT A0273134.DOC}

3. As of the effective date, pursuant to the Plan and in accordance with the Liquidating Trust, the Trustee became the duly appointed representative of the Debtors' bankruptcy estates in accordance with 11 U.S.C. §§ 1123(b)(3)(B) and 1145(a)(1) to collect, liquidate and distribute the trust assets for the benefit of the holders of allowed claims against the Debtors' substantively consolidated estate.

## RELIEF REQUESTED

4. By this motion, the Trustee requests the entry of a final decree closing the chapter 11 bankruptcy cases of the Closing Debtors which have ceased to have a separate corporate existence pursuant to the substantive consolidation provisions of the Plan.

## APPLICABLE AUTHORITY

5. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Likewise, Fed. R. Bankr. P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. While the term "fully administered" is not defined in the Bankruptcy Code, it is clear that the entry of a final decree closing a chapter 11 case should not be delayed just because all of the payments required by a plan have not been completed. *See In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); *In re Jordan Manufacturing Co.,* 138 B.R. 30, 36 (Bankr. C.D. Ill. 1992).

6. The estates of the Closing Debtors have been fully administered pursuant to the Plan. All of the Closing Debtors have been substantively consolidated into the estate of JSII, the Closing Debtors no longer have any corporate existence, and all claims against the Closing Debtors are treated under the Plan as claims against JSII for all purposes associated with the Plan. All of the assets of the Closing Debtors, if any, have been transferred to the Liquidating

Trust.  All of the responsibilities for administering the Plan, resolving claims and making distributions to creditors lie with the Liquidating Trust and can be addressed within the context of JSII's bankruptcy case (which the Trustee does not seek to close at this time).  Therefore, the Plan, as to each of the Closing Debtors, has been substantially consummated.

7.  Quite simply, there is nothing left to do in the Closing Debtors' cases, and those cases are, but for the technicality of the entry of a final decree, completed.  Accordingly, this Court should enter a final decree in the Closing Debtors' bankruptcy cases.

## NOTICE

8.  The Trustee served this Motion on the Office of the United States Trustee, and other parties requesting notice in these cases.  In light of the costs that the Trustee would incur in transmitting notice to all creditors in accordance with Local Rule 3022-1, and based on the limited availability of funds currently on hand for distribution to unsecured creditors, the Trustee believes that such reduced notice is appropriate under the circumstances.  Consequently, the Trustee requests that any further notice of this Motion or the Court's hearing thereon be waived along with the notice requirements of Local Rule 3022-1.

WHEREFORE, the Trustee requests that this Court enter a final decree substantially in the form attached hereto closing the chapter 11 cases of River Village I, L.L.C., River Village West, L.L.C. and KND Investments, LLC and providing such other relief as may be appropriate under the circumstances.

                                        Rockney W. Hudson, the Liquidating Trustee
of the JS II Liquidating Trust

Dated: September 17, 2010                By: ___/s/ Allen J. Guon_____
                                                    One of their attorneys

Steven B. Towbin
Allen J. Guon
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 980-3836
Fax: (312) 275-0584
email: aguon@shawgussis.com

Counsel for the Liquidating Trustee