# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **J.S. II, L.L.C., et al.,** | Case No. 07-3856 <br> (Jointly Administered) |
| **Debtors.** | Hon. Jacqueline P. Cox |
| | Hearing Date: March 31, 2011 <br> Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:    (See Attached Service List)

     **PLEASE TAKE NOTICE** that on **March 31, 2011 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Motion For Entry Of Final Decree Closing Case,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

     **AT WHICH TIME AND PLACE** you may appear if you so see fit.

| | |
|---|---|
| Dated: March 18, 2011 | Allen J. Guon <br> Shaw Gussis Fishman Glantz <br> Wolfson & Towbin LLC <br> 321 N. Clark St., Suite 800 <br> Chicago, IL 60654 <br> Tel: (312) 980-3836 <br> Fax: (312) 275-0584 <br> email: aguon@shawgussis.com |

**CERTIFICATE OF SERVICE**

Allen J. Guon certifies that service of the above and foregoing was accomplished (i) through Electronic Notice for Registrants on the following CM/ECF service list, and (ii) by Email on the following Email service list on this 18th day of March, 2011.

                                                     */s/ Allen J. Guon*
                                                     Allen J. Guon

**CM/ECF Service List for Case No. 07-3856**

- Elizabeth A. Bates
  ebates@huckbouma.com,
  mtolvaysh@huckbouma.com

- Marc O. Beem
  mbeem@millershakman.com,
  mpadilla@millershakman.com;tlawhead@millershakman.com

- Timothy W Brink
  timothy.brink@dlapiper.com

- William R. Brodzinski
  wbrodzinski@mrvlaw.com

- Jeffrey A Chadwick
  jeffrey.chadwick@kattenlaw.com

- Patrick A Clisham
  pclisham@shawgussis.com

- David W Cybak
  cybakassoc@yahoo.com

- Blanca R Dominguez
  bdominguez@bbp-chicago.com,
  ggurgel@bbp-chicago.com

- Brian M. Dougherty
  bmd@gsrnh.com

- Barry A Erlich     berlich@rb-llp.com

- Edward W Feldman
  efeldman@millershakman.com,
  odom@millershakman.com

- Vipin R Gandra
  vgandra@shawgussis.com,
  lgonzalez@shawgussis.com

- Karen R Goodman
  kgoodman@shefskylaw.com,
  sfdocket@shefskylaw.com

- Allen J Guon
  aguon@shawgussis.com

- Christopher J Hales    chales@bbp-chicago.com

- Christopher J Lawhorn
  cjlawhorn@bryancave.com

- Adrian E Mazar
  mazaresq@sbcglobal.net,
  AdrianMazar@comcast.net

- Mary Ann Murray
  mmurray@bbp-chicago.com

- William T Neary
  USTPRegion11.ES.ECF@usdoj.gov

- Eric S. Prezant
  eric.prezant@bryancave.com

- Peter J Roberts
  proberts@shawgussis.com

- Travis Rojakovick
  trojakovick@mayerbrown.com

- Richard A. Saldinger
  rsaldinger@shawgussis.com

- Daniel L Stanner
  dstanner@tdrlawfirm.com

- Catherine L Steege
  csteege@jenner.com,
  docketing@jenner.com

- Lawrence A. Stein
  lstein@huckbouma.com,
  lkoster@huckbouma.com

- Matthew A Swanson
  matthew.swanson@bfkn.com

- Steven B Towbin
  stowbin@shawgussis.com

- Esther E Tryban Telser
  etrybantelser@cityofchicago.org

- Greta G Weathersby
  g.weathersby@pecorp.com

## EMail Service List

### Counsel For American Chartered Bank

Mary Ann Murray
Burke Burns & Pinelli, Ltd.
70 West Madison, St. 4300
Chicago, IL  60602
mmurray@bbp-chicago.com

### Counsel for FCL

Robert A. Eiden
Richmond Breslin LLP
233 South Wacker Dr., St. 5775
Chicago, IL  60606
reiden@RB-LLP.com
berlich@RB-LLP.com

### Counsel for Thomas Snitzer and the Snitzer Family LLC

Edward W. Feldman
Marc O. Beem
Miller Shakman & Beem LLP
180 N. LaSalle St., St. 3600
Chicago, IL  60601
efeldman@millershakman.com
mbeem@millershakman.com

### Counsel for City of Chicago

Mark A. Limanni
Esther E. Tryban Telser
Building and Land Use Litigation division
City of Chicago Law Department
30 N. LaSalle St., St. 700
Chicago, IL  60602
mlimanni@cityofchicago.org
etrybantelser@cityofchicago.org

### Counsel for the US Trustee

Richard Craig Friedman
Office of the U.S. Trustee
227 West Monroe St., Ste 3350
Chicago, IL 60606
richard.c.friedman@usdoj.gov

### Financial Advisors to the Debtors

Patrick Cavanaugh
Greg Apathy
High Ridge Partners
140 South Dearborn
Chicago, IL  60603
pcavanaugh@high-ridge.com
gapathy@high-ridge.com

### Special Counsel to the Debtors

Michael I. Rothstein
Henry H. Hess
Daniel L. Stanner
Tabet DiVito & Rothstein LLC
209 South LaSalle St., 7th Fl.
Chicago, IL  60604
mrothstein@tdrlawfirm.com
hhess@tdrlawfirm.com
dstanner@tdrlawfirm.com

### Counsel for the Creditors' Committee

Catherine L. Steege
Christine L. Childers
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
csteege@jenner.com
cchilders@jenner.com

{5618 MOT A0286567.DOC}

*Counsel for Edon*

Richard C. Jones Jr.
Jones & Jacobs
77 West Washington St., St. 2100
Chicago, IL  60602
rjones@jonesandjacobs.com

*Special Transactional Counsel*

John J. Vondran
P.O. Box 190
Winnetka, IL 60093
jvondran@comcast.net

*Legal and Financial Advisor to
John Kinsella and Sid Diamond*

Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
hudson@hackhud.com

*Counsel for Builder's Material Source*

Edward C. Eberspacher
O'Hagan Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
teberspacher@ohaganspencer.com

*Counsel for Jose Ruiz and Sandra Ruiz*

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603
foringpc@aol.com
fingram@fingramlaw.com

*Counsel for Moore*

Matthew J. Cleveland
Hogan Marren, Ltd.
180 North Wacker Dr., St. 600
Chicago, IL  60606
mjc@hmltd.com

*Counsel for Levenfeld Perlstein*

Richard Lauter
Levenfeld Pearlstein, LLC
2 North LaSalle St., S. 1300
Chicago, IL  60602
rlauter@lplegal.com

*Counsel for Creditor ACME Refining*

Kenneth J. Ottaviano
Jeffrey A. Chadwick
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
kenneth.ottaviano@kattenlaw.com
jeffrey.chadwick@kattenlaw.com

*Counsel for Metz Baking Company*

Christopher J. Lawhorn
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

*Counsel for American Chartered Bancorp.,
Inc. d/b/a American Chartered Bank*

Blanca R. Dominguez
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300
Chicago, IL 60602
bdominguez@bbp-chicago.com

*__Counsel for Rose Paving Co.__*

Timothy W. Brink
Aaron C. Smith
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606
tbrink@lordbissell.com
asmith@lordbissell.com

*__Counsel for South Branch, L.L.C.__*

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
kgoodman@shefskylaw.com

*__Counsel for Bridgeport Village Homeowners Association__*

David Sugar
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
dsugar@arnstein.com

John Kinsella
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
bpvkinsella@yahoo.com

Anthony J. Peraica
Jay Joseph Verdugo
Anthony J. Peraica & Associates, Ltd.
5130 South Archer Ave.
Chicago, IL 60632
peraicalaw@aol.com
jayverdugo@yahoo.com

*__Counsel for M.F. Construction Contractors Company__*

Brian M. Dougherty
Goldstein, Skrodzki, Russian,
   Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
bmd@gsrnh.com

*__Counsel for Watertight Exteriors, Inc.__*

William R. Brodzinski
Mulherin Rehfeldt & Varchetto
211 South Wheaton Avenue
Wheaton, IL 60187
wbrodzinski@mrvlaw.com

Robert Stoval
Four Columns, Ltd.
1325 North Sandberg Terrace
Chicago, IL 60610
rls@fourcolumnsltd.com

Sid Diamond
c/o Rockney W. Hudson
Hackbarth & Hudson PC
20 North Wacker Drive, Suite 1520
Chicago, IL 60606
sidiamond2@aol.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>J.S. II, L.L.C., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 07-3856<br>(Jointly Administered)<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date: March 31, 2011<br>Hearing Time: 10:00 a.m. |

## MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

Rockney W. Hudson, the Liquidating Trustee ("Trustee") of the JS II Liquidating Trust ("Liquidating Trust"), for the purpose of implementing the Second Amended Joint Chapter 11 Plan ("Plan") of J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C. and KND Investments, LLC (collectively, the "Debtors"), requests the entry of an order closing the Debtors' remaining case. In support of this motion, the Trustee states as follows:

## JURISDICTION

1.　　On March 5, 2007, the Debtors filed related petitions for relief under chapter 11 of the Bankruptcy Code. (Dkt. # 1.)

2.　　On April 6, 2010, the Court confirmed the Second Amended Joint Chapter 11 Plan ("Plan"). (Dkt. # 1282.) On that same day, the Plan became effective.

3.　　As of the effective date, pursuant to the Plan and in accordance with the Liquidating Trust, the Trustee became the duly appointed representative of the Debtors' substantively consolidated bankruptcy estates in accordance with 11 U.S.C. §§ 1123(b)(3)(B) and 1145(a)(1) to collect, liquidate and distribute the trust assets for the benefit of the holders of allowed claims against the Debtors' substantively consolidated estates.

{5618 MOT A0286567.DOC}

4. On or about September 28, 2010, the Court entered final decrees closing the bankruptcy cases of River Village I, L.L.C., Case No. 07-03864; River Village West, L.L.C., Case No. 07-03865; and KND Investments, LLC, Case No. 07-3866.

### RELIEF REQUESTED

5. By this motion, the Trustee requests the entry of a final decree closing the Debtors' last remaining case (i.e., *In re J.S. II, L.L.C.*, Case No. 07-3856).

### APPLICABLE AUTHORITY

6. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Likewise, Fed. R. Bankr. P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. While the term "fully administered" is not defined in the Bankruptcy Code, it is clear that the entry of a final decree closing a chapter 11 case should not be delayed just because all of the payments required by a plan have not been completed. *See In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); *In re Jordan Manufacturing Co.,* 138 B.R. 30, 36 (Bankr. C.D. Ill. 1992).

7.      The Trustee has made substantially all of the distributions currently due under the Plan, and there are no remaining undisputed claims to resolve.  The actual status of payments due to each class under the Plan is as follows:

| Class | Status |
|---|---|
| Unclassified Claims (administrative expense and priority tax claims) | All distributions completed |
| Class 1A, 2A, 3A and 4A (Non-Priority Tax Claims) | All distributions completed, other than with respect to certain professional fee claims[1] |
| Class 1B, 2B, 3B and 4B (American Chartered Claims) | All distributions completed |
| Class 1C (Edon Construction Claim against JS II) | No distributions authorized under Plan |
| Class 1D, 2C, 3C and 4C (General Unsecured Claims) | All distributions completed[2] |
| Class 1E, 2D, 3D, and 4D (Equity Interests) | No distributions contemplated |

---

[1] In order to ensure that holders of allowed unsecured claims received a 2% minimum distribution, all of the court approved professionals agreed to a 20% reduction on the total amounts due their respective firms in full satisfaction of all approved pre-effective date fees and expenses and all post-confirmation fees and expenses due as of August 31, 2010 ("Withheld Fees"), subject to an additional pro rata distribution if sufficient funds are available after final administration of the Liquidating Trust.  This arrangement applied to all professionals, including Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC, Jenner & Block LLP, John J. Vondran, High Ridge Partners, Tabet DiVito & Rothstein LLC and Mandell Advisory Group, Ltd.

[2] In accordance with Sections 3.3 and 7.5 of the Plan, the Trustee has made a two percent (2%) distribution to all holders of allowed unsecured claims (Class 1D, 2C, 3C and 4C) to the extent that such distribution equaled or exceeded $5.00.

{5618 MOT A0286567.DOC}            3

8. Moreover, the Trustee has fulfilled most of his duties under the Plan. The only remaining litigation involving the estates relates to the appeal ("Appeal") filed by Sandra and Jose Ruiz (collectively, the "Ruizes") stemming from the Court's December 22, 2010 order imposing joint and several liability against the Ruizes and their attorneys for their willful violation of the automatic stay pursuant to 11 U.S.C. §§ 105(a) and 362(k). The Appeal is pending in the District Court for the Northern District of Illinois before the Honorable John F. Grady as Case No. 11 CV 00426. Other than the Appeal, the Trustee's most significant remaining duties consist of: (i) paying costs of administering the Liquidating Trust ("Trust Expenses"); (ii) rendering final payment on account of the Withheld Fees, if sufficient funds are available after payment of the Trust Expenses; (iii) concluding the South Branch related litigation; and (iv) preparing a final tax return, if required.

9. Except for the Appeal, no other motions, contested matters, or adversary proceedings await resolution by this Court. Based on the foregoing and subject to this Court's retention of jurisdiction over all issues related to the Appeal and any remaining duties under the Plan, including any motions that may need to be brought or pleadings that may need to be filed to fully and finally conclude the same, the Trustee submits that the entry of a final decree is warranted.

## **NOTICE**

10. The Trustee served this Motion on the Office of the United States Trustee, and other parties requesting notice in these cases. The Trustee has also caused notice of the hearing on this motion to be served on all holders of allowed general unsecured claims against the Debtors. Consequently, the Trustee requests that any further notice of this Motion or the Court's hearing thereon be waived

{5618 MOT A0286567.DOC}     4

5

WHEREFORE, the Trustee requests that this Court enter a final decree substantially in the form attached hereto closing the Debtors' remaining chapter 11 case and providing such other relief as may be appropriate under the circumstances.

Respectfully submitted,

Rockney W. Hudson, the Liquidating Trustee of the JS II Liquidating Trust

Dated: March 18, 2011                By:  /s/ Allen J. Guon
                                          One of his attorneys

Steven B. Towbin
Allen J. Guon
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 980-3836
Fax: (312) 275-0584
email: aguon@shawgussis.com

Counsel for the Trustee