### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re**<br><br>**J.S. II, L.L.C., et al.,**<br><br>        **Debtors.** | **Chapter 11**<br><br>**Case No. 07-3856**<br>**(Jointly Administered)**<br><br>**Hon. Jacqueline P. Cox**<br><br>**Hearing Date: March 31, 2011**<br>**Hearing Time: 10:00 a.m.** |

### NOTICE OF HEARING ON MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

**PLEASE TAKE NOTICE** that on April 6, 2010, the United States Bankruptcy Court for the Northern District of Illinois entered an order confirming the Debtor's Second Amended Joint Chapter 11 Plan dated December 18, 2009 ("Plan") proposed by J.S. II, L.L.C., River Village I, L.L.C., River Village West, L.L.C., and KND Investments, LLC (collectively, the "Debtors"). Pursuant to the Plan, Rockney W. Hudson was appointed as the Liquidating Trustee ("Trustee") of the JS II Liquidating Trust and became the duly appointed representative of the Debtors' substantively consolidated bankruptcy estates.

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2011, the Trustee filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a Motion for Entry of Final Decree Closing Case ("Motion"), seeking the entry of an order closing the bankruptcy case of J.S. II, L.L.C., Case No. 07-3856.

**PLEASE TAKE FURTHER NOTICE** that the hearing ("Hearing") on the Motion and the relief requested therein shall be held on **March 31, 2011 at 10:00 a.m.** before the **Honorable Jacqueline P. Cox** in **Courtroom 619** of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear and be heard if you deem fit. The Hearing may be continued from time to time without further notice other than by announcement in open court.

**PLEASE TAKE FURTHER NOTICE** that copy of the Motion is on file with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois. You may also obtain a copy of the Motion by contacting Allen J. Guon by telephone at 312-541-0151 or by e-mail at aguon@shawgussis.com.

| | |
|---|---|
| Dated: March 18, 2011 | Allen J. Guon<br>Shaw Gussis Fishman Glantz<br>Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60654<br>(312) 541-0151 phone<br>E-mail: aguon@shawgussis.com<br><br>Counsel for the Liquidating Trustee |